# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC., LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO. 4:22-CV-03246<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR
### EXPEDITED DISCOVERY, SCHEDULING ORDER, AND
### CONTINUANCE OF PRELIMINARY INJUNCTION HEARING

Pursuant to Rules 16, 26, and 65 of the Federal Rules of Civil Procedure and the Court's inherent powers, Defendant Packers Sanitation Services, LLC ("PSSI" or "the Company") requests that the Court enter an order providing three things: (1) limited, expedited discovery as detailed below to prevent extreme prejudice to Defendant; (2) a scheduling order with certain provisions relating to witness and exhibit lists, including the identification and exchange of witness information (including any purported experts) and documents for use at the preliminary injunction hearing; and (3) a short extension of the date for preliminary injunction hearing to ensure a fair hearing in this matter.

WHEREFORE, for the reasons set forth in its Brief in Support of this motion and the accompanying exhibits, PSSI respectfully requests that the Court enter an Order consistent with the relief requested in this motion.

FP 45680018.1

Respectfully submitted,
*/s/ J. Randall Coffey*
J. Randall Coffey
**FISHER & PHILLIPS LLP**
46 Penn Centre
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Phone:  (816) 842.8770
Facsimile:  (816) 842.8767
Email:  rcoffey@fisherphillips.com

And

Gillian G. O'Hara # 22414
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone:  402.346.6000
Facsimile:  402.346.1148
Email:  gigi.ohara@kutakrock.com

ATTORNEYS FOR DEFENDANT
PACKERS SANITATION SERVICES, LLC

FP 45680018.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of November, 2022, the foregoing was filed via the Court's Electronic Filing System and service made via the same, to:

    Ambriel Renn-Scanlan
    Traci Martin
    Laura O'Reilly
    U.S. Department of Labor
    Office of the Solicitor
    2300 Main Street, Suite 10100
    Kansas City, Missouri 64108
    Phone: 816.285.7260
    Email: renn-scanlan.ambriel@dol.gov
    Email: martin.traci.e@dol.gov
    Email: oreilly.laura.m@dol.gov
    Counsel for Plaintiff

                                              /s/ *J. Randall Coffey*
                                              Attorney for Defendant