IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC., LTD.,<br><br>Defendant. | CIVIL ACTION FILE NO. 4:22-CV-03246 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DOCUMENT TO BE PLACED UNDER SEAL**

Defendant Packers Sanitations Services, Inc., LTD ("PSSI") is in receipt of Plaintiff's Motion for Document To Be Placed Under Seal. While Defendant has no documentation establishing that the individuals referenced in Exhibit 1 to Defendant's Motion for Expedited Discovery, Scheduling Order, and Continuance of Preliminary Injunction Hearing (Doc. 9) are in fact minors, Defendant has no objection to the Secretary of Labor's Motion (Doc 10).

Respectfully submitted,

/s/ J. Randall Coffey
J. Randall Coffey
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Phone: (816) 842.8770
Facsimile: (816) 842.8767
Email: rcoffey@fisherphillips.com

And

Gillian G. O'Hara # 22414
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: 402.346.6000
Facsimile: 402.346.1148
Email: gigi.ohara@kutakrock.com

ATTORNEYS FOR DEFENDANT
PACKERS SANITATION SERVICES, INC.

FP 45683498.1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 17th day of November, 2022, the foregoing was filed via the Court's Electronic Filing System and service made via the same, to:

      Ambriel Renn-Scanlan
      Traci Martin
      Laura O'Reilly
      U.S. Department of Labor
      Office of the Solicitor
      2300 Main Street, Suite 10100
      Kansas City, Missouri 64108
      Phone:  816.285.7260
      Email:  renn-scanlan.ambriel@dol.gov
      Email:  martin.traci.e@dol.gov
      Email:  oreilly.laura.m@dol.gov
      Counsel for Plaintiff

                                    /s/ *J. Randall Coffey*
                                    Attorney for Defendant