IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR U.S. DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 4:22-CV-03246 |
| PACKERS SANITATION SERVICES, INC., LTD., | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S AGREED MOTION
FOR EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF**

Pursuant to Rules 16, 26, and 65 of the Federal Rules of Civil Procedure and the Court's inherent powers, Defendant Packers Sanitation Services, Inc., Ltd. ("PSSI" or "the Company") requests that the Court amend its November 17, 2022 Order [Filing 13] to extend the date for the submission of PSSI's brief in opposition to the Secretary's Motion for Temporary Restraining Order and Preliminary Injunction [Filings 2 and 3] from November 23, 2022 to December 2, 2022. In support of this motion, Defendant submits a contemporaneously filed brief in support.

    Respectfully submitted,

/s/ J. Randall Coffey
J. Randall Coffey
**FISHER & PHILLIPS LLP**
46 Penn Centre
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Phone: (816) 842.8770
Facsimile: (816) 842.8767
Email: rcoffey@fisherphillips.com

    And

FP 45698621.1

Gillian G. O'Hara # 22414
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: 402.346.6000
Facsimile: 402.346.1148
Email: gigi.ohara@kutakrock.com

ATTORNEYS FOR DEFENDANT
PACKERS SANITATION SERVICES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of November, 2022, the foregoing was filed via the Court's Electronic Filing System and service made via the same, to:

Ambriel Renn-Scanlan
Traci Martin
Laura O'Reilly
U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, Missouri 64108
Phone: 816.285.7260
Email: renn-scanlan.ambriel@dol.gov
Email: martin.traci.e@dol.gov
Email: oreilly.laura.m@dol.gov
Counsel for Plaintiff

    /s/ *J. Randall Coffey*
Attorney for Defendant

FP 45698621.1