IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> PACKERS SANITATION SERVICES, <br> INC., LTD., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:22-cv-3246 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF COMPLIANCE WITH COURT'S ORDER

The Secretary has complied with the Court's Order on limited discovery (ECF Doc. No. 23), requiring the Secretary to "provide Defendant with copies of the documents it intends to present or to rely upon at the hearing and to identify any witnesses that may testify at the hearing." As noted in the Court's prior Order (ECF. Doc. No. 13), "additional evidence at the hearing is neither required nor expected. The Secretary's motion was supported by an index of evidence as provided by this Court's rules. The Court found that evidence sufficient to warrant a temporary restraining order, and since the standard for a preliminary injunction is the same, the Secretary need not necessarily adduce additional evidence to meet his burden." (internal citations omitted).

To that end, the Secretary does not plan, at this time, to introduce any additional documents as evidence at the December 7, 2022 preliminary injunction hearing, but reserves the right to do so in rebuttal. Additionally, the Secretary may call Shannon Rebolledo and Nancy Alcantara as witnesses if needed.

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT H. VAN WIJK**
Associate Regional Solicitor

*/s/ Traci Martin*
Ambriel Renn-Scanlan
Traci Martin
Laura O'Reilly
U.S. Department of Labor
Office of the Solicitor

2300 Main Street, Suite 10100
Kansas City, Missouri 64108
(816) 285-7260
renn-scanlan.ambriel@dol.gov
martin.traci.e@dol.gov
oreilly.laura.m@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,
Secretary of U.S. Department of Labor*

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Randall Coffey
Fisher & Phillips LLP
4922 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
rcoffey@fisherphillips.com

2

Gillian G. O'Hara
Kutak Rock LLP
1650 Farnam Street, The Omaha Building
Omaha, NE 68102
Gillian.ohara@kutakrock.com

*Attorneys for Defendant*

                                                  */s/ Traci Martin*