# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC., LTD.,<br><br>Defendant. | No. CV: 4:22-CV-03246<br><br><br><br>**DEFENDANT'S MOTION TO QUASH AND/OR MOTION FOR PROTECTIVE ORDER AND FOR EXPEDITED RELIEF** |

Pursuant to the Federal Rules of Civil Procedure 1, 26, 45 and NECivR 45.1 and 7.1, Defendant Packers Sanitation Services, LLC, named in the Complaint as Packers Sanitation Services, Inc., Ltd. ("PSSI" or the "Company"), moves the Court to quash the administrative Subpoena Duces Tecum ("Subpoena") served upon a third-party after the inception of the lawsuit and without notice to PSSI, and/or enter a protective order ceasing new requests for information and documentation made to PSSI outside of formal discovery requests and ceasing issuance of further subpoenas to third-parties absent compliance with the applicable rules, and for expedited relief since the Subpoena has a response date of November 29, 2022.

WHEREFORE, for the reasons set forth in its brief in support of this motion, its index of evidence and the accompanying exhibits, PSSI respectfully requests that the Court enter an Order consistent with the relief requested in this motion.

Dated this 29th day of November, 2022.

        Respectfully submitted,

*/s/ Patrick M. Dalin*
J. Randall Coffey
**FISHER & PHILLIPS LLP**
46 Penn Centre
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Phone: (816) 842.8770
Facsimile: (816) 842.8767
Email: rcoffey@fisherphillips.com

Patrick M. Dalin
**FISHER & PHILLIPS LLP**
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Phone: (610) 230-6112
Facsimile: (610) 230-2151
Email: pdalin@fisherphillips.com
*Admitted Pro Hac Vice*

and

Gillian G. O'Hara #22414
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
Email: gigi.ohara@kutakrock.com

ATTORNEYS FOR DEFENDANT
PACKERS SANITATION SERVICES, LLC