IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR<br>U.S. DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC.,<br>LTD.,<br><br>    Defendant. | No. CV: 4:22-CV-03246<br><br>**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION TO QUASH AND/OR MOTION FOR PROTECTIVE ORDER AND FOR EXPEDITED RELIEF** |

Defendant Packers Sanitation Services, LLC, named in the Complaint as Packers Sanitation Services, Inc., Ltd. ("PSSI" or the "Company"), by and through its counsel of record, hereby files the following in support of Defendant's Motion to Quash and/or Motion for Protective Order and for Expedited Relief.

1. Declaration of Patrick Dalin, attached hereto as Exhibit 1, with the following exhibits attached:

  Exhibit A: A true and correct copy of the Kieler, WI Warrant.

  Exhibit B: A true and correct copy of the Worthington, MN Warrant.

  Exhibit C: A true and correct copy of the Grand Island, NE Warrant.

  Exhibit D: A true and correct copy of the U.S. Department of Labor's correspondence to PSSI, dated November 15, 2022.

  Exhibit E: A true and correct copy of the Subpoena Duces Tecum served by the U.S. Department of Labor on third-party Assure Software, Inc.

Dated this 29th day of November, 2022.

        Respectfully submitted,

*/s/ Patrick M. Dalin*
J. Randall Coffey
**FISHER & PHILLIPS LLP**
46 Penn Centre
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Phone: (816) 842.8770
Facsimile: (816) 842.8767
Email: rcoffey@fisherphillips.com

Patrick M. Dalin
**FISHER & PHILLIPS LLP**
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Phone: (610) 230-6112
Facsimile: (610) 230-2151
Email: pdalin@fisherphillips.com
*Admitted Pro Hac Vice*

and

Gillian G. O'Hara #22414
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
Email: gigi.ohara@kutakrock.com

ATTORNEYS FOR DEFENDANT
PACKERS SANITATION SERVICES, LLC