IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR<br>U.S. DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC., LTD.,<br><br>    Defendant. | No. CV: 4:22-CV-03246<br><br>**DEFENDANT'S EXPEDITED UNOPPOSED MOTION TO RESTRICT ACCESS TO THE EXHIBITS ATTACHED TO MOTION QUASH AND/OR MOTION FOR PROTECTIVE ORDER AND FOR EXPEDITED RELIEF** |

Defendant Packers Sanitation Services, LLC, named in the Complaint (Doc. 1) as Packers Sanitation Services, Inc., Ltd. ("PSSI" or the "Company"), pursuant to NECivR 5.3(c), hereby submits this Expedited Unopposed Motion to Restrict Access to the Exhibits Attached to its Motion to Quash and/or Motion for Protective Order and for Expedited Relief (Doc. 28).

Specifically, the Company requests that that the Court restrict access to the Exhibits at Docket No. 28-3. As reasons therefore, PSSI states that Exhibit D (the U.S. Department of Labor's November 15, 2022 correspondence to PSSI) and Exhibit E (the Subpoena Duces Tecum served by the Department of Labor to Asure Software, Inc.) contain proprietary or trade secret information in the nature of the location of its customers workplaces that have not been identified on the docket in this matter.

PSSI conferred with the Secretary regarding this motion. The Secretary does not take a position on whether the information in Exhibits D and E is proprietary, but consents to the the exhibits being placed under restricted access because Exhibit D may contain the names of minors.

1

Dated this 29th day of November, 2022

        Respectfully submitted,

        */s/ Patrick M. Dalin*
        J. Randall Coffey
        **FISHER & PHILLIPS LLP**
        46 Penn Centre
        4622 Pennsylvania Avenue, Suite 910
        Kansas City, MO 64112
        Phone: (816) 842.8770
        Facsimile: (816) 842.8767
        Email: rcoffey@fisherphillips.com

        Patrick M. Dalin
        **FISHER & PHILLIPS LLP**
        Two Logan Square
        100 N. 18th Street, 12th Floor
        Philadelphia, PA 19103
        Phone: (610) 230-6112
        Facsimile: (610) 230-2151
        Email: pdalin@fisherphillips.com
        *Admitted Pro Hac Vice*

        and

        Gillian G. O'Hara #22414
        **KUTAK ROCK LLP**
        The Omaha Building
        1650 Farnam Street
        Omaha, NE 68102-2186
        Phone: (402) 346-6000
        Facsimile: (402) 346-1148
        Email: gigi.ohara@kutakrock.com

        ATTORNEYS FOR DEFENDANT
        PACKERS SANITATION SERVICES, LLC

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 29th day of November, 2022, the foregoing was filed via the Court's Electronic Filing System and service made via the same, to:

    Ambriel Renn-Scanlan
    Traci Martin
    Laura O'Reilly
    U.S. Department of Labor
    Office of the Solicitor
    2300 Main Street, Suite 10100
    Kansas City, Missouri 64108
    Phone: 816.285.7260
    Email: renn-scanlan.ambriel@dol.gov
    Email: martin.traci.e@dol.gov
    Email: oreilly.laura.m@dol.gov
    Counsel for Plaintiff

    */s/ Patrick M. Dalin*
    Attorney for Defendant