IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> PACKERS SANITATION SERVICES, INC., LTD., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:22-cv-3246 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE

The Secretary has complied with the Court's amended order (ECF Doc. No. 23), requiring the Secretary to provide Defendant with minors "still employed by Defendant" to "protect [the minor] against further harm."

Wage and Hour confirmed it has identified four other minors it believes Defendant currently employs in overnight work and hazardous conditions, at two separate facilities—three (3) at the Worthington, Minnesota facility, and one (1) at a facility in Batesville, Arkansas. To that end, the Secretary provided PSSI's counsel with these names of these minor children this morning.

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT H. VAN WIJK**
Associate Regional Solicitor

*/s/ Traci Martin*
Ambriel Renn-Scanlan
Traci Martin
Laura O'Reilly
U.S. Department of Labor
Office of the Solicitor

2300 Main Street, Suite 10100
Kansas City, Missouri 64108
(816) 285-7260
renn-scanlan.ambriel@dol.gov
martin.traci.e@dol.gov
oreilly.laura.m@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,
Secretary U.S. Department of Labor*

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Randall Coffey
Fisher & Phillips LLP
4922 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
rcoffey@fisherphillips.com

Gillian G. O'Hara
Kutak Rock LLP
1650 Farnam Street, The Omaha Building
Omaha, NE 68102
Gillian.ohara@kutakrock.com

*Attorneys for Defendant*

*/s/ Traci Martin*
