IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 4:22-cv-3246 |
| v. | ) ) |
| PACKERS SANITATION SERVICES, INC., LTD., | ) ) ) |
| Defendant. | ) ) ) |

INDEX OF EXHIBITS FOR SECRETARY'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH AND/OR MOTION FOR PROTECTIVE ORDER AND FOR EXPEDITED RELIEF

| | |
|---|---|
| **Exhibit 1** | Email from Patrick Dalin on November 23, 2022 |
| **Exhibit 2** | Email from Patrick Dalin on October 17, 2022 |