## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC., LTD.,<br><br>Defendant. | No. CV: 4:22-CV-03246<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE EXPEDITED REPLY IN SUPPORT OF MOTION TO QUASH AND/OR MOTION FOR PROTECTIVE ORDER AND FOR EXPEDITED RELIEF** |

Defendant Packers Sanitation Services, LLC, named in the Complaint as Packers Sanitation Services, Inc., Ltd. ("PSSI" or the "Company"), moves the Court for leave until 12:00 p.m. (CST) on December 1, 2022 to file an expedited reply brief in further support of its Motion to Quash and/or Motion for Protective Order and for Expedited Relief (Doc. 28).

This afternoon, the Secretary filed a twelve page Opposition Brief in response to PSSI's motion (Doc. 33). Reply motions are afforded under the rules of motion practice, and while PSSI appreciates that it requested expedited relief, and is grateful that the Court has moved expeditiously to respond to PSSI's request, the Company feels that it is necessary to address numerous factual and procedural issues raised in the Secretary's Brief that are outside of the scope of PSSI's original motion.

WHEREFORE, for the reasons set forth above, PSSI respectfully requests that the Court permit it to file a reply brief by 12:00 p.m. (CST) on Thursday, December 1, 2022.

Dated this 30th day of November, 2022.

Respectfully submitted,

/s/ Patrick M. Dalin
J. Randall Coffey
**FISHER & PHILLIPS LLP**
46 Penn Centre
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Phone: (816) 842.8770
Facsimile: (816) 842.8767
Email: rcoffey@fisherphillips.com

Patrick M. Dalin
**FISHER & PHILLIPS LLP**
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Phone: (610) 230-6112
Facsimile: (610) 230-2151
Email: pdalin@fisherphillips.com
*Admitted Pro Hac Vice*

and

Gillian G. O'Hara #22414
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
Email: gigi.ohara@kutakrock.com

ATTORNEYS FOR DEFENDANT
PACKERS SANITATION SERVICES, LLC