**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| MARTIN J. WALSH, ) | |
| SECRETARY OF LABOR, ) | |
| U.S. DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:22-CV-3246 |
| ) | |
| PACKERS SANITATION SERVICES, ) | |
| INC., LTD., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JENNIFER STACEY

I, Jennifer Stacey, hereby declare that the statements made in this Declaration, pursuant to 28 U.S.C. § 1746, are true and correct to the best of my knowledge and belief. I understand that false statements made herein are subject to the penalties of perjury and state as follows:

**Introduction**

1.     I am currently employed with Packers Sanitation Services, Inc. Ltd. ("PSSI" or "Company") as a Corporate Human Resources Director.

2.     I am over 18 years of age, I am a resident of the State of Wisconsin, and I am competent to testify to the matters stated in this declaration, and if called and sworn as a witness, I could and would testify competently and truthfully to the matters stated in it.

3.     I have not been promised any benefit or been coerced or threatened in any manner in exchange for the testimony in this declaration. I have been specifically informed that I am free to provide or decline to provide any information relating to the paragraphs below.

4.     I make this declaration voluntarily and of my own free will.

5.     I have an associate's degree in Business from Northeast Iowa Community College.

6.     I have been in the position of Corporate Human Resources Director since February 27, 2022. I manage the corporate Human Resources budget and oversee the Compliance, Employee Relations, On-Boarding, and Office Support Departments. The On-Boarding Department is responsible for reviewing the proof of identification and age from employees, and for having the employees complete the Department of Homeland Security, U.S. Citizenship and Immigration Services' ("USCIS") Employment Eligibility Verification Form (commonly referred to as the "Form I-9"). The Compliance Department conducts secondary reviews of the employees' completed I-9 forms and identification documents to ensure that the documents reasonably appear to be genuine and relate to the individuals who presented them. The Compliance Department also receives and investigates internal and external reports of any potential instances of non-compliance with federal and state laws or company policies, which includes any reports concerning the identity or age of employees.

7.     Prior to becoming the Corporate Human Resources Director, I was the Compliance Manager for PSSI's sanitation operations for the period of January 2019 to February 27, 2022. As the Compliance Manager, I directly supervised the Compliance Department and the Compliance Coordinators who conduct the secondary review of employees' identification documents and I-9 forms, and who also investigate the internal and external reports of potential non-compliance.

8.     Prior to becoming the Compliance Manager for PSSI's sanitation operations, I was a Compliance Specialist and H.R. Supervisor for PSSI. I held this position since at least 2013. In this position, I investigated among other things proof of identity and proof of age matters.

9.     PSSI's sanitation division performs cleaning and sanitation services at meat processing plants as well as other food processing facilities. PSSI's sanitation division performs

services at customer locations in Grand Island, Nebraska, Worthington, Minnesota, and Marshall, Minnesota, among many other locations throughout the United States.

**PSSI's Immigration Compliance Program**

10.     PSSI's sanitation division has approximately 15,200 active employees throughout the United States. Because of turnover, PSSI hired approximately 24,991 employees from September 2021 – September 2022.  PSSI's sanitation division services over 400 locations across the country.

11.     Every applicant for employment must fill out an on-line application, which they access on PSSI's website.  That application includes a question that states "are you 18 years of age or older?"  *See* Exhibit A, Sample Redacted Application.  This is a required question that an applicant must complete in order to submit the application.

12.     PSSI has a strict policy against hiring anyone who is younger than eighteen years of age. The policy states in relevant part, "In no event, will the Company employ any person under the age of eighteen (18)."

13.     Every employer, including PSSI, must complete Form I-9 each time it hires any person to perform labor or services in the United States in return for wages or other remuneration. It is the responsibility of the employee to complete Section 1 before the time of hire, but not before the employer extends the job offer and the employee accepts. In this Section 1, the Employee attests their name, address, date of birth, social security number (which is mandatory for E-Verify employers like PSSI), and attest under the penalty of perjury to their citizenship or immigration status by checking if he/she is a citizen of the U.S., noncitizen national, a lawful permanent resident, or an alien authorized to work until said expiration date on the work authorization documents.  Where an employee cannot complete Section 1 on his own, the employer can assist

in completing Section 1 by providing a preparer and/or translator, as outlined by the Form I-9's instructions, who attests under penalty of perjury that they assisted the employee and that the information submitted in Section 1 is, to the best of their knowledge, true and correct. An employer must review the employee's document(s) and fully complete Section 2 within three business days of hire.

14.     PSSI's hiring managers at each facility where the Company provides services are responsible for hiring employees. The managers must complete Section 2 of the I-9 form within 3 business days of the employee's first day of employment where the manager physically examines one document from List A or a combination of one document from List B and one document from List C as listed on the USCIS' "Lists of Acceptable Documents." Each employee must provide at least one document that shows their date of birth.

15.     After the local hiring manager completes Section 2 of the I-9 and examines and collects the documents the employee supplied, an H.R. Coordinator from our On-Boarding Department (which is housed in our Corporate Headquarters) conducts an audit of the I-9 and identification documentation provided by the employee to ensure that the documents reasonably appear to be genuine and relate to the individuals presenting them. The H.R. Coordinator also reviews the documentation to confirm that the employee is at least eighteen years old and also looks for any other items that might raise a concern (for example, misspelled words in the documentation). An H.R. Coordinator typically reviews the file within one to two days after the local manager completes Section 2 of the Form I-9.

16.     Previously, PSSI's Compliance Department conducted daily audits of a sample of approximately 65% to 70% of the H.R. Coordinator's reviews. These audits are typically conducted the day after the H.R. Coordinator's review. The Compliance Department audits the

file to make sure there are not any errors on the I-9 form and to evaluate the identification documentation submitted by the employee. Recently, we revised this procedure so that the Compliance Department audits 100% of the H.R. Coordinator's reviews. It is also our longstanding practice for the Compliance Department to audit 100% of the reviews conducted by a new H.R. Coordinator who is in training.

17. Once the I-9 is completed and audited, the H.R. Coordinator from the On-Boarding Department runs the applicant through federal government's E-Verify system (www.e-verify.gov).[1] PSSI uses E-Verify for all new hires and re-hires in all States, even in States that do not require E-Verify. For any employee that E-Verify returns a result of "Tentative Non-Confirmation" (*i.e.,* a "mismatch"), PSSI informs the employee of the result by providing them with a Furter Action Notice, which outlines the steps needed to correct the Non-Confirmation. From there the employee decides whether to contest or not contest the results. If the employee contest the results, a Referral Notice is provided to the employee and the employee is directed to follow the steps listed on the notice to correct the Non-Confirmation by the date listed on the notice. The employee continues to work for PSSI until E-Verify provides an "Employment Authorized" or "Final Non-Confirmation" result. *See https://www.e-verify.gov/employees/e-verify-overview* (explaining that the system reports a person either as "Employment Authorized" (a "match") or "Tentative Non-Confirmation" (a "mismatch")). Any employee who does not take action to resolve the mismatch, or who, upon taking action, is determined by USCIS to be a "Final Non-Confirmation," are not permitted to work for PSSI.

---

[1] E-Verify is an internet-based system that compares information from the Form I-9 to the records of Department of Homeland Security ("DHS") and the Social Security Administration ("SSA"). *See* https://www.e-verify.gov/employees/e-verify-overview.

18.     Whether an employee receives an "Employment Authorized" or Tentative Non-Confirmation designation in E-Verify, PSSI conducts a second I-9 audit the following day.  In this process, a Compliance Coordinator from the Compliance Department conducts a review of the I-9 file, which includes the identification documents submitted by the employee.

19.     Also, upon hiring, PSSI's biometric time clock takes photographs of the employee from multiple angles and downloads those photographs into its biometric timeclock system.  The biometric timeclock system takes a photograph of every employee every time they punch in or punch out. The biometric timeclock system compares the photograph taken with each punch to the employee's photographs that were stored in the system at the time of on-boarding and throughout his/her employment.  The timeclock system reports any discrepancies that arises in its comparison of the photographs to PSSI's Payroll Auditing department where an initial review is completed and if the discrepancy requires further action, it is then communicated to the Compliance department.  PSSI's Compliance Coordinator's investigate all discrepancies flagged by the biometric timeclock system that the Payroll Auditing department deems as needing further action. Any persons who are impersonating the originally hired employee are terminated by PSSI.

20.     Within fourteen days after the date of hire, PSSI's Payroll Auditing Department reviews the photo identification submitted by the employee and compares it to the employee's photograph in the Asure timeclock system.  This review checks to make sure that the person punching in and out matches the person on the identification documents submitted at the time of hire.

21.     PSSI also conducts random I-9 and identification document audits throughout the year.  The Compliance Department conducts these audits.  These audits are usually conducted in response to complaints or inquiries that we receive from our internal anonymous toll-free

telephone report line, other reports from employees, and inquiries from government agencies (such as inquiries from the Social Security Administration reporting the use of a potentially duplicate Social Security Number).

22.     In approximately fifty locations, we have implemented an additional check by submitting the employee's social security number into the Social Security Number Verification System (SSNVS).  This tool, which is provided by the Social Security Administration, is an additional process to verify that the Social Security Number is valid and matches the employee's name.  PSSI is currently developing a plan to implement this procedure at all of its locations. Typically, based on my experience, an employee who is flagged by SSNVS is also flagged by E-Verify.

23.     PSSI maintains a written hiring and employment eligibility verification policy. *See* Exhibit B, I-9 Employment Eligibility Verification Policy and Procedure Manual.

24.     PSSI has strict policies for responding to letters or other information received from federal or state governments agencies (such as the Social Security Administration) indicating that there is a discrepancy between the agency's information and the identification information provided by the employee.  In these circumstances, PSSI's policy gives the employee an opportunity to make a good faith effort to resolve the discrepancy.   If the employee does not resolve the discrepancy, PSSI terminates the employee.

25.     PSSI has a dedicated trainer who trains the H.R. Coordinators on the practices for reviewing a potential new hire's documentation to verify age, identity, and authorization to work. All of PSSI's Compliance Coordinators are trained by our Compliance Lead on the Compliance Department's procedures to verify the employee's age, identity, and authorization to work.

26. PSSI provided training to its on-site hiring personnel, Area Managers and Division Managers on I-9 compliance and how to spot fraudulent identification documents. Attached are the PowerPoint presentations used for that training. *See* Exhibit C, I-9 Compliance – Completing the Form I-9; Exhibit D, I-9 Compliance – Spotting Fraudulent Documents. PSSI's on-site hiring staff, its H.R. Coordinators, and its Compliance Coordinators have access to this training in PSSI's online Training Library. Highlights of that training include:

- Detailed instructions on the duties of employees and employers in completing the I-9 Form.

- Detailed instructions on how to use the E-Verify system and how to respond to Tentative Non-Confirmations and Final Non-Confirmations.

- Warnings about the civil and criminal penalties and fines for Form I-9 violations.

- Instructions to Hiring Managers to, among other things: 1) Examine the original, unexpired documents presented by the employee; 2) Verify that the person presenting the document matches the person pictured on the document; and 3) To ensure that the employee reviews and signs the E-Verify TNC paperwork when received from the Corporate Office.

- Instructions to carefully review the employee's original identification documents, and not to accept copies;

- Instructions to ensure that the identification documents appear genuine, including by looking for typos and obvious alterations;

- Instructions to ensure that the identification documents reasonably appear to relate to the person who presented them;

- Instructions to refer a review of the identification documents to Corporate Human Resources if the manager is uncertain about the genuineness of the employee's identification documents.

27. Periodically, PSSI hires the law firm of Fragomen, Del Rey, Bernsen & Loewy LLP to provide training to the H.R. Coordinators and Compliance Coordinators on I-9 compliance and document review. These are mandatory trainings for the H.R. Coordinators and Compliance Coordinators.

28.     PSSI also engages the law firm of Fragomen, Del Rey, Bernsen & Loewy LLP to conduct annual I-9 audits of a sample of its sites.  In addition, some of PSSI's customer contracts require annual I-9 audits.

29.     PSSI keeps records of all identification documents and employment authorization records for at least three years after an employee's date of hire, or at least one year after the employee's termination, whichever is greater, pursuant to ICE's recordkeeping requirements.

30.     PSSI has a policy and practices in place to ensure that authorized workers are not treated differently with respect to hiring, firing, or recruitment or referral for a fee or during the Form I-9, E-Verify or SSNVS processes due to their citizenship status or national origin   This includes a hotline operated by a third-party vendor through which employees can report complaints of this nature.  The vendor telephone line can accept complaints in foreign languages, and reports can be made anonymously.

31.     Since January 1, 2020, the Compliance Department identified through its biometric timeclocks 1,655 employees with identification discrepancies.  Typically, this arises where the photograph taken by the timeclock on a given day does not match the photographs taken by the timeclock of the employee at the time of hiring and throughout employment.   PSSI terminated all but 112 of those employees.  The 112 employees who remained employed were able to provide adequate documentation of their identity and age.

32.     Since January 1, 2020, the Company's review of employee identification documents and universal use of E-Verify identified over 5,900 instances of identity verification issues.  Any employees who present identification documents for which PSSI questions their validity is not hired by PSSI.  All employees who did not contest a Tentative Non-Confirmation or who received a Final "Non-Confirmation" in E-Verify are not permitted to work for PSSI.

33.     Since January 1, 2020, PSSI received 340 reports from federal or state government agencies indicating a discrepancy between the identification provided by an employee and the government's information.  PSSI, upon investigation, terminated 288 of those employees.  The remaining 52 employees produced sufficient documentation of their identity.

34.     Since 2010, ICE has audited 18 PSSI locations, including 13 locations in Nebraska. ICE issued no fines to PSSI for violations of any kind.

35.     Before signing this declaration, I was provided with a full opportunity to carefully review this Declaration and freely make any corrections and additions of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  12|02|2022

Jennifer Stacey

Exhibit A

# talentReef Pre-Q℠ Employment Application

| | |
|---|---|
| Last Name | First Name |
| Middle Name | Last Updated |

| | | |
|---|---|---|
| Street Address | Apartment/Box Number/Etc | Req.# |

| | | |
|---|---|---|
| City | Zip/Postal Code | Country **United States** |

| | |
|---|---|
| Primary Telephone Number | Secondary Telephone Number |

| | |
|---|---|
| E-mail Address | SSN XXX XX |

As an equal opportunity employer, Packers Sanitation Services, Inc., Ltd considers applicants for all positions without regard to race, color, sex, religion, national origin, disability, age, height, weight, marital status, sexual orientation, familial status, genetic information or any other characteristic or protected classes as defined by federal, state, or local law.

## PERSONAL INFORMATION

| Are You 18 Years or Older? If NO --> (YES/NO) | Can you provide a Work Permit? (YES/NO) | Are you legally eligible to work in the country where you wish to work? (YES/NO) | Do You Have Reliable Transportation? (YES/NO) |
|---|---|---|---|
| **YES** | | **YES** | **YES** |

**Tell Us About Yourself**
*Hard worker,cool,energetic and ready to make a check*

## WORK SCHEDULE / PREFERENCES / AVAILABILITY

If Offered a Position, What is the Earliest Date You Can Start? (Check ONE)
☑ Immediately ☐ 1 to 2 Weeks ☐ Over 2 Weeks

What are your Minimum Expected Earnings? $

How far are you willing to travel to work?

| Work Preference? - (Full Time, Part Time, or Temporary) | Second Choice (Optional) | Third Choice (Optional) | If Necessary, are you willing to work a Changing Schedule? |
|---|---|---|---|
| Shift Preference? - (Days, Afternoons, Nights) | Second Choice (Optional) | Third Choice (Optional) | |

Select Which Days of the Week You are Available to Work (Check All That Apply)
☐ MON ☐ TUE ☐ WED ☐ THU ☐ FRI ☐ SAT ☐ SUN ☑ Holidays

## EDUCATION

Select the HIGHEST Grade you Completed in High School/Secondary School (Check ONE)
☐ 8th Grade or Less ☐ 9th Grade ☐ 10th Grade ☑ 11th Grade ☐ 12th Grade

Did You Graduate? (YES/NO) **YES**

| High School/Secondary School Name | School City | State/Province | School Country |
|---|---|---|---|
| | | | |

Select the HIGHEST Level of Education Completed in College/University (Check ONE)
☐ No College/Univ. ☑ Some College/Univ. ☐ Associate's Degree/Cert ☐ Bachelor's Degree ☐ Master's Degree or Higher

| College/University Name | College/University City | State/Province | College Country |
|---|---|---|---|
| | | | |

Describe Course of Study

| Trade School Name | Trade School City | Trade School State/Province | Trade School Country |
|---|---|---|---|
| N/A | | | |

Describe Course of Study


Copyright © 1997-2022 talentReef Inc. All Rights Reserved.

## EMPLOYMENT HISTORY

| **PRESENT or LAST Employer's Company Name** | Employer's City | Employer's State/Province | Employer's Country |
|---|---|---|---|

| Employment Start Date | Month | Year | Are you still Employed with this Company? (YES/NO) | If NO --> | Employment End Date | Month | Year |
|---|---|---|---|---|---|---|---|

May We Contact this Employer for a Reference? (YES/NO)    If YES -->    Supervisor's / Manager's Name    Supervisor's / Manager's Phone Number

Last title or position held

Duties and responsibilities

Why Have You Left or Plan on Leaving This Company (Check ONE)
- ☐ Conflicting Views
- ☐ Work Shortage
- ☐ Fired or Asked to Resign
- ☐ Position Eliminated
- ☐ Better opportunity
- ☐ Other

| **PREVIOUS Employer's Company Name** | Employer's City | Employer's State/Province | Employer's Country |
|---|---|---|---|

| Employment Start Date | Month | Year | Are you still Employed with this Company? (YES/NO) | If NO --> | Employment End Date | Month | Year |
|---|---|---|---|---|---|---|---|

May We Contact this Employer for a Reference? (YES/NO)    If YES -->    Supervisor's / Manager's Name    Supervisor's / Manager's Phone Number

Last title or position held

Duties and responsibilities

Why Have You Left or Plan on Leaving This Company (Check ONE)
- ☐ Conflicting Views
- ☐ Work Shortage
- ☐ Fired or Asked to Resign
- ☐ Position Eliminated
- ☐ Better opportunity
- ☐ Other

| **PREVIOUS Employer's Company Name** | Employer's City | Employer's State/Province | Employer's Country |
|---|---|---|---|

| Employment Start Date | Month | Year | Are you still Employed with this Company? (YES/NO) | If NO --> | Employment End Date | Month | Year |
|---|---|---|---|---|---|---|---|

May We Contact this Employer for a Reference? (YES/NO)    If YES -->    Supervisor's / Manager's Name    Supervisor's / Manager's Phone Number

Last title or position held

Duties and responsibilities

Why Have You Left or Plan on Leaving This Company (Check ONE)
- ☐ Conflicting Views
- ☐ Work Shortage
- ☐ Fired or Asked to Resign
- ☐ Position Eliminated
- ☐ Better opportunity
- ☐ Other

| REFERENCE 1 | REFERENCE 2 | REFERENCE 3 |
|---|---|---|
| Reference Name | Reference Name | Reference Name |
| Reference City    Reference State/Province | Reference City    Reference State/Province | Reference City    Reference State/Province |
| Relationship (Acquaintance/Friend, Co-Worker or Supervisor) | Relationship (Acquaintance/Friend, Co-Worker or Supervisor) | Relationship (Acquaintance/Friend, Co-Worker or Supervisor) |
| Years Acquainted    Phone Number | Years Acquainted    Phone Number | Years Acquainted    Phone Number |

*Dec. 2, 2022*

*"Taking the Guesswork Out of Hiring"*



Copyright © 1997-2022 talentReef Inc. All Rights Reserved.

| Location | Department | Position |
|---|---|---|
| 0365, Waco TX | Site Team | Food Safety Team Member – |

## POSITION DESCRIPTION (Req. #: 8098871)

FOOD SAFETY TEAM MEMBER - GENERAL LABOR

Join our Team!

At PSSI, we see our essential team members as industrial heroes – united in the value of food safety.
As a Food Safety Team Member, you will be joining the leader in food safety solutions! This position is an entry-level job with a structured training program that will provide you many opportunities for career advancement. We offer weekly pay with full benefits and bonus opportunities.

You will start off as a trainee, learning how to clean and sanitize plants while understanding and complying with all food safety and safety policies and procedures. We will teach you what to do and how to keep you and your teammates safe on the job.

In this role you will learn life skills that will help you grow and advance. You will become part of a unique culture – one that sets us apart through the team members, the hard work we perform together, and the family culture. You will feel pride as you protect America's food supply!

As a Food Safety Team Member, you will be protecting our nation's food supply during every shift. This includes performing PSSI's verified 8-Step Sanitation process. Other duties include:

- Physical activities such as lifting, pushing, and pulling of sanitation equipment
- Working with and around PSSI issued sanitation chemicals; we will teach you!
- Required use of specific safety protocols; we will train you!
- Working in wet, hot, and or cold environments; we will provide the gear!
  Learn more about what we do by clicking here:
- Apply Video: https://vimeo.com/561465445/d91de2f52d
- Facebook: https://www.facebook.com/PSSIFoodSafety

  PSSI is the leader in food safety solutions with 450+ plants cleaned daily in North America. We span USDA, FDA, CFIA food
  processing facilities. Our customers work hard to perfect their product and PSSI makes sure it's protected.
  ?WHAT WE OFFER:
- Medical, Dental, & Vision Insurance
- Basic Life Insurance
- 401k Retirement Plan
- Paid Holidays
- Paid Vacation
- Employee Assistance Program
- Training & Development Opportunities
  Packers Sanitation Services, Inc. (PSSI) is proud to be an equal opportunity employer. All qualified applicants will receive consideration for employment without regard to race, religion, color, creed, sex, gender, gender identity, national origin, citizenship status, uniform service member status, veteran status, age, genetic information, disability, or any other protected status, in accordance with all applicable federal state, and local laws. PSSI is committed to complying with the laws protecting qualified individuals with disabilities. PSSI will provide a reasonable accommodation for any known physical or mental disability of a qualified individual with a disability to the extent required by law, provided the requested accommodation does not create an undue hardship for the Company and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the individual. If an employee requires an accommodation, they must notify the site manager or the Corporate Human Resources Department. If an applicant requires an
  accommodation, they must notify the hiring manager and/or the Recruiter hiring for the position.

  MIEMBRO DEL EQUIPO DE SEGURIDAD DE ALIMENTOS- LABOR GENERAL

---



| Location | Department | Position |
|---|---|---|
| 0365, Waco TX | Site Team | Food Safety Team Member – |

## POSITION DESCRIPTION (Req. #: 8098871)

¡Únase a nuestro equipo!

En PSSI, nosotros vemos a nuestros esenciales miembros del equipo como héroes industriales- unidos en el valor de seguridad de alimentos.

Como miembro del equipo de seguridad de alimentos, ¡Usted se estará uniendo al líder de soluciones de seguridad de alimentos! Esta posición es un trabajo de nivel de entrada con un programa de entrenamiento estructurado que le brindará muchas oportunidades para avance de carrera. Nosotros ofrecemos pago semanal con beneficios completos y oportunidades de bonos.

Usted comenzará como un entrenado, aprendiendo como limpiar y desinfectar plantas mientras se entienden y se cumplen con todos los procedimientos y políticas de seguridad y de la seguridad de alimentos. Nosotros le ensenaremos que hacer y cómo mantenerlo a usted y a sus miembros del equipo seguros en el trabajo.

En este rol usted aprenderá habilidades de vida que le ayudaran a crecer y avanzar. Usted se volverá parte de una cultura única-una que nos distingue a través de los miembros del equipo, el fuerte trabajo que realizamos juntos, y la cultura de familia. Usted se sentirá orgulloso a medida que protege el suministro de alimentos de América.

Como miembro del equipo de seguridad de alimentos, usted estará protegiendo el suministro de alimentos de la nación durante cada turno. Esto incluye realizar el proceso verificado de los 8 pasos de saneamiento. Otras tareas incluidas:

- Actividades físicas como levantar, empujar, jalar el equipo de saneamiento.
- Trabajar con o alrededor de químicos de saneamiento emitidos por PSSI; ¡Nosotros le enseñamos!
- Se requiere uso de protocolos especificos de seguridad; ¡Nosotros lo entrenaremos!
- Trabajar en ambientes mojados, calientes y/o fríos; ¡Nosotros proveemos el equipo!

  Aprenda más acerca de lo que hacemos oprimiendo aquí:
- Vídeo de aplicación: https://vimeo.com/561516622/1605c3f949
- Facebook: https://www.facebook.com/PSSIFoodSafety

  PSSI es líder en soluciones de seguridad de alimentos con más de 450 plantas que limpia diariamente en norte América. Nosotros abarcamos USDA, FDA e instalaciones procesadoras de comida CFIA. Nuestros clientes trabajan fuertemente para perfeccionar sus productos y PSSI se asegura de que estén protegidos. PSSI es un empleador de igualdad de oportunidades.

LO QUE OFRECEMOS:

· Seguro médico, dental y de vision

· Seguro de vida básico

· Plan de retiro 401K

· Festivos pagos

· Vacaciones pagas

· Programa de Asistencia al Empleado

· Oportunidades de entrenamiento y desarrollo

Packers Sanitation Services, Inc. (PSSI) esta orgulloso de ser un empleado que ofrece igualdad de oportunidades. Todos los candidatos cualificados recibirán consideración de empleo sin importar raza, religión, color, credo, sexo, género, identidad de género, nacionalidad de origen, estado ciudadano, estado de miembro de las fuerzas uniformadas, estado veterano, edad, información genética, discapacidad u otro estado protegido en concordancia con todas las leyes federales,

estatales y locales que apliquen. PSSI esta comprometido con cumplir con estas leyes que protegen a los individuos cualificados con discapacidades. PSSI proveerá una acomodación razonable a cualquier discapacidad física o mental conocida de un individuo cualificado a la extensión requerida por lay, provista la acomodación requerida no cree una adversidad excesiva para la compañía y/o coloque en amenaza directa la salud o seguridad de otros en el lugar de trabajo y/o al individuo. Si un empleado requiere una acomodación, ellos deben notificar al gerente de sitio o al departamento de recursos humanos corporativo. Si un candidato requiere de una acomodación, ellos deben notificar al gerente de contratación y/o al reclutador contratando para la posición.

## FOOD SAFETY TEAM MEMBER – GENERAL LABOR          ANSWERS



| Location | Department | Position |
|---|---|---|
| ■■■■■■■■ | Site Team | Food Safety Team Member – |

| FOOD SAFETY TEAM MEMBER – GENERAL LABOR | ANSWERS |
|---|---|
| Q. 01) Are you legally eligible to work in the country? (¿Puede trabajar legalmente en el país?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 02) Are you 18 years of age or older? (¿Tiene 18 años o más?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 03) Have you ever worked for PSSI? (¿Ha trabajado alguna vez para PSSI?) <br> (Yes (Si), No (No)) | No (No) |
| Q. 04) Have you ever applied or worked at this facility or any of its subsidiaries? (¿Ha solicitado o trabajado alguna vez en esta instalación o en alguna de sus filiales?) <br> (Yes (Si), No (No)) | No (No) |
| Q. 05) Are you willing and able to work around and with different types of chemicals and cleaning products? (¿Está dispuesto y capaz de trabajar cerca y con diferentes tipos de químicos y productos de limpieza?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 06) Are you willing and able to wear employer specified PPE (gloves, face shield, goggles, aprons, boots etc.)? (¿Está dispuesto y capaz de llevar el PPE especificado por el empleador (guantes, protector facial, gafas, delantales, botas, etc.)?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 07) Are you willing and able to work in Wet, Dry, Hot and Cold environments? (¿Está dispuesto y capaz de trabajar en entornos húmedos, secos, calientes y fríos?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 08) Are you willing and able to lift equipment weighing at least 20 lbs.? (¿Está dispuesto y capaz de levantar equipo que pese al menos 20 libras?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 09) Are you willing and able to stand, lift and crouch for long periods at a time? (¿Está dispuesto y capaz de estar parado, levantar y agacharse durante largos períodos de tiempo?) <br> (Yes (Si), No (No)) | Yes (Si) |
| Q. 10) Were you referred to PSSI by a current employee? (¿Fue remitido a PSSI por un empleado actual?) <br> (Yes (Si), No (No)) | No (No) |

*Dec. 2, 2022*

*"Taking the Guesswork Out of Hiring"*



*3:56:08 PM EST*

Copyright © 1997-2022 talentReef Inc. All Rights Reserved.

Exhibit B

# Packers Sanitation Services, Inc.

# I-9 Employment Eligibility Verification Policy and Procedure Manual

Prepared by:
Fragomen, Del Rey, Bernsen & Loewy, LLP
One Alhambra Plaza
Suite 600
Coral Gables, Florida 33134

## Table of Contents

Policy and Procedure Manual ........................................................................................... 3
I.     INTRODUCTION ....................................................................................... 3
II.    POLICY .......................................................................................................... 3
III.   SECTION 1: "EMPLOYEE INFORMATION AND VERIFICATION" ............... 4
   A.   Procedure ........................................................................................................ 4
   B.   Preparer and/or Translator Section ............................................................... 5
   C.   Top Portion of Form I-9: Instruction and Notice ...................................... 5
IV.   SECTION 2: "EMPLOYER REVIEW AND VERIFICATION" ......................... 5
   A.   Procedure for completing Section 2 ............................................................. 5
   B.   Documentation: .............................................................................................. 6
   C.   Photocopying Documents ............................................................................. 7
   D.   Over-Documentation ..................................................................................... 7
   E.   Failure to Timely Present Documents ......................................................... 8
   F.   General Summary of Steps ........................................................................... 8
   G.   Specific Situations ........................................................................................ 9
V.    SECTION 3: "REVERIFICATION" ........................................................... 12
   A.   Who Must be Reverified? ........................................................................... 12
   B.   Procedure ..................................................................................................... 12
   C.   Special Situations ........................................................................................ 13
   D.   Failure to Timely Present Documents for Reverification ................... 14
VI.   PACKERS SANITATION SERVICES, INC.'S TICKLER SYSTEM ................ 14
   A.   Establishment .............................................................................................. 14
   B.   Notification .................................................................................................. 15
   C.   Expiring Work Authorization ..................................................................... 15
   D.   Examining Original Documents after Receipts are Presented .............. 15
VII.  RETENTION AND STORAGE OF I-9s .................................................... 15
   A.   Current Employees ...................................................................................... 15
   B.   Terminated Employees ................................................................................ 15
   C.   Rehires ......................................................................................................... 16
   D.   For Whom is the Form I-9 Unnecessary? .................................................. 16
   E.   Missing I-9s ................................................................................................. 16
VIII. E-VERIFY ............................................................................................. 16
   A.   E-Verify Overview ...................................................................................... 16
   B.   Packers Sanitation Services, Inc.' Responsibilities and Packers Sanitation
       Services, Inc.'s       Employees  mployees' Rights ............................................... 17
IX.   INTERNAL REVIEW AND I-9 TRAINING ............................................. 18
X.    MERGERS AND ACQUISITIONS ........................................................... 18
XI.   NOTICE OF INSPECTION BY GOVERNMENT AGENCY ............................ 18

<h1 style="text-align:center">POLICY AND PROCEDURE MANUAL</h1>

**I.      INTRODUCTION**

The purpose of this manual is to establish Packers Sanitation Services, Inc.'s (hereinafter referred to as "PSSI") procedures for ensuring continued compliance with the Immigration Reform and Control Act of 1986 ("IRCA"), as amended.

The Immigration Reform and Control Act ("IRCA"), which was passed by Congress in 1986, imposes penalties on employers that knowingly hire or continue to employ persons who are not authorized to work in the United States.  IRCA requires employers to verify the work eligibility and identity of all employees hired after November 6, 1986 at the commencement of employment by having the employee complete U.S. Citizenship and Immigration Services Form I-9.  Federal law requires employers to follow uniform procedures in examining documents verifying the employment eligibility and identity of every new employee at the commencement of employment.

**II.     POLICY**

PSSI is committed to complying with all federal and state laws and regulations concerning verification of employment eligibility and record keeping for all employees hired to work in the United States.  Every PSSI employee with direct responsibility in furthering this policy is expected to have a working knowledge of the laws and regulations governing employment eligibility and, when there is any question, will seek guidance from PSSI's Human Resources Department.

**III.** **SECTION 1: "EMPLOYEE INFORMATION AND VERIFICATION"**

**A.** **Procedure**

    **1.** **On or Before the First Day of Work**
The employee must fully complete Section 1 of Form I-9, "Employee Information and Verification" and attest under penalty of perjury that he or she is either a U.S. citizen, U.S. national, lawful permanent resident, or an alien authorized to work in the United States, **on or before the first day of work**. If an employee attests that he or she is an alien authorized to work, he or she must indicate the expiration date of his or her temporary work authorization and include his or her Alien # or Admission #. Lawful Permanent Residents, also known as "green card" holders or "Permanent Resident Aliens," should check the box indicating this status. An employee who indicates in this section that he or she is a lawful permanent resident does not need to state the expiration date of his or her USCIS document (I-551 or I-151 card) in Section 1.

Although it is the responsibility of the employee to complete and sign this section, the responsible PSSI representative must ensure that the employee has completed every item and signed, dated and otherwise fully and properly completed this section.

If the employee indicates that he or she is an alien authorized to work and states an employment authorization expiration date in Section 1, this information should be recorded in a tickler system so that his or her employment eligibility can be reverified in a timely manner. *(See Section VI(A), Establishment of Tickler System)*

Finally, the responsible PSSI representative must ensure that the employee has attested under penalty of perjury to the status designated by him or her by signing and dating Section 1.

Note: The Form I-9 procedure must never be conducted before an offer of employment has been made to a candidate and the candidate has accepted the offer.

    **2.** **Timing When the Employee is Being Hired for Three Days or Less**
The entire Form I-9 verification procedure must be completed within three (3) days of employment. When the employee is hired for a project that is expected to last less than three days, the entire I-9 procedure (both Section 1 and Section 2) must be completed on or before the employee's first day of employment.

**B. Preparer and/or Translator Section**

The Preparer and/or Translator Section should only be completed when the newly hired individual requires assistance completing Section 1 or when the new hire does not speak English well and requires a translator to complete Section 1. In either case, the preparer and/or translator must complete this part and attest under penalty of perjury that the information in Section 1 is true and correct.

**C. Top Portion of Form I-9: Instructions and Notice**

The information at the top of the form indicates that the full page of instructions must be "available" during completion of the Form I-9. Presumably, this direction means that the instruction page must be available to the employee. The instruction page contains a detailed anti-discrimination notice and it contains a privacy notice and a reporting notice which the employee might want to see.

## IV. SECTION 2: "EMPLOYER REVIEW AND VERIFICATION"

**A. Procedure for completing Section 2**

**1. When hiring occurs on site at PSSI.**
The responsible PSSI representative must complete Section 2, "Employer Review and Verification" within three (3) days of employee's first day of hire (except if being hired for less than 3 days. See above for discussion). The responsible PSSI representative must examine <u>original documentation</u> establishing the employee's work eligibility and identity. Photocopies or facsimiles of documents are **<u>NOT</u>** acceptable for Form I-9 purposes, except that employers may accept certified copies of birth certificates as valid List B documents.

**2. When hiring occurs off site.**
An employee will not be placed on payroll until the Form I-9 is completed and returned to the responsible PSSI representative. An employee who will not be physically present at PSSI on or before the day he/she begins work is responsible for ensuring that the responsible PSSI representative properly completes a Form I-9. If the responsible PSSI representative is not available to complete Section 2 within 3 business days, a designated person outside the company must be given authorization to complete the Form I-9 on behalf of PSSI (e.g. notary public, bank official, etc.). A one-page instruction sheet and an Agent Authorization Form should be given to the person designated to complete the Form I-9. *(See Appendix)*

An employee will not be placed on payroll until the Form I-9 is completed and returned to the responsible PSSI representative.

**3. Rehires.**
An employee who leaves the company and is subsequently rehired must complete a new Form I-9. A new form must be completed regardless of how long, or short, the employee's separation from the company. The "date of hire" or "certification date" in Section 2 of the Form I-9 must reflect the date of rehire as opposed to the employee's original hire date.

When an employee receives an adjusted date of hire to bridge their dates of service, payroll or personnel records must record the actual date of rehire.

**4. Employees Transferred between Domestic Locations**
Employees transferred between U.S. locations need not complete a new Form I-9 upon transfer. Generally, the Form I-9 should remain in the location where the employee's payroll records and benefits information are kept. Therefore, if this information will be moving with the employee to the new location, the Form I-9 should also "follow" them to the new location.

**B.     Documentation:**

On or before the first day of hire, the employee should be given or provided access to the current Form I-9 including the "List of Acceptable Documents" and a set of instructions.

**1. Acceptable Documents:**
The Form I-9 includes a list of documents acceptable for verification of work eligibility and identity. The employee should be asked to present either **one original document from List A, confirming employment eligibility and identity <u>OR</u> one original document from List B, establishing identity, and one original document from List C, establishing employment eligibility**. The choice of which document(s) to present belongs entirely to the employee.

It may be necessary to refer to documents not listed on the reverse side of Form I-9 to understand the employee's work authorization, especially in the case of foreign nationals with temporary work visas. For questions in these cases, contact the Human Resources Department.

If the employee asks which document he should select, the responsible PSSI representative should tell him or her that any acceptable document from List A or any combination of documents from List B and List C will be accepted. *(See Section IV(D), Over-Documentation)*.

**2. Examination of Original Documents:**

The responsible PSSI representative must examine the original documents provided by the employee in person within three business days of hire, and assure himself or herself that the documentation appears genuine and relates to the employee. Upon examination of the document(s), the responsible PSSI representative will record the document title, issuing authority, document number and expiration date, if any, in Section 2.

**3. Authenticity of Documents:**

As long as the documents appear reasonably genuine on their face and relate to the employee, they should be accepted. PSSI representatives are not expected to be experts in detecting falsified documents. If any question arises about the authenticity of documentation presented by the employee, legal counsel should be contacted immediately before the responsible PSSI representative takes any action or asks questions of the employee.

**C.     Photocopying Documents**

The responsible PSSI representative must ensure compliance with the company policy of making photocopies of all original document(s) that is (are) presented by an employee for examination to verify employment eligibility and identity. The responsible PSSI representative must photocopy the entire document with written material, and securely attach/fasten the photocopies to the Form I-9.

**D.     Over-Documentation**

The law prohibits employers from requiring more documents than the minimum acceptable number of documents or from rejecting valid documents and requesting specific documents. Over-documentation refers to, but is not limited to, the following situations:

1)  where the employer requires more documents than are required by law to complete the Form I-9 procedure; and
2)  where the employer rejects valid documents presented and requests specific documents preferred by the employer.

Over-documentation can lead to an unfair employment practice or document abuse charge. The basic rule is this: the employee need only present **either** one document from List A **or** one document each from Lists B and C; and only one document from List A **or** one document from Lists B and C should be accepted, photocopied and recorded.

**NOTE**: The PSSI representative may not specify which documents the employee should present to verify employment eligibility and/or identity. If the employee asks which document(s) to present, he or she should be told to present any document from List A or any combination of documents from Lists B and C.

**E.      Failure to Timely Present Documents**

The employee must present documents <u>within three business days of hire</u>, unless they are being hired for three days only, in which case the employee must present the documents on the first day of hire.  If the employee cannot present documents establishing work authorization and identity within three business days, the employee may be <u>terminated</u> or taken off the payroll and placed on unpaid personal leave on the 4th business day after hire.  *(Exception:  See Section IV(G)(2), Presenting Receipts for Replacement Documents).*

The employee must be informed immediately that the employee has not presented sufficient documents to complete the Form I-9 procedure, and may not return to work until acceptable documents are presented.  Before removing the employee from the payroll and placing the employee on administrative leave, the employee's supervisor should be notified of the situation.  The employee may return to work as soon as he or she presents acceptable documents verifying work eligibility and identity.

**F.      General Summary of Steps**

1.  Employee fully completes Section 1 of the Form I-9 and signs it on or before the first day of employment.

2.  The PSSI representative refers employee to the list of acceptable documents and advises him or her to present either one original document from List A *OR* one original document from List B **and** one original document from List C.  In carrying out this step, the PSSI representative <u>does not tell the employee which documents to present or which documents are preferable.</u>

3.  The PSSI representative examines the original documents provided by the employee to verify that they are on the list of acceptable documents, that they are genuine and relate to the employee, and that they evidence the employee's unexpired employment eligibility.

4.  The PSSI representative fully completes Section 2 with the pertinent information on the employee's documents, including document numbers, issuing authority and expiration dates, if any.

5.  The PSSI representative completes Section 2 "Employer Certification" including the date employment began or will begin, the date the Form I-9 was completed, name, signature and job title of the company representative examining the document(s) and the complete name and address of the company.

6. The PSSI representative photocopies the <u>front and back </u>of each document reviewed in completing the Form I-9 – even if the reverse side is blank – and securely attaches the copies to the Form I-9.

## G. Specific Situations

### 1. Restricted Social Security Cards

A Social Security card that indicates **"NOT VALID FOR WORK AUTHORIZATION**" on its face cannot be accepted as a work authorization document for Form I-9 purposes.

A Social Security card that indicates "**VALID FOR WORK ONLY WITH INS [or USCIS] AUTHORIZATION**" can be accepted ONLY when presented in conjunction with additional evidence of work authorization. If the employee presents this type of "restricted" Social Security card, you must request the employee to also provide a USCIS-issued work authorization document -- this is an isolated instance where you may ask to see a specific document.

If the employee presents a restricted Social Security Card as evidence of work authorization, you should record this fact in the space under List C in Section 2, along with the pertinent information about the unexpired, USCIS-issued work authorization document, including document title, issuing authority, document #, and expiration date.

### 2. Receipts for Replacement Documents

A receipt indicating that the issuing authority has received an application to replace a document that has been lost, damaged or stolen is acceptable under List A, B, or C to temporarily establish identity and/or work authorization and/or as evidence of continuing work authorization. The employee must present the actual replacement document within 90 days of hire. Note, however, that the employee may choose to present a different acceptable document from List A, B, or C within 90 days of hire.

**NOTE:** This situation only applies to receipts for replacement documents. A receipt indicating application for initial or extension of work authorization is not acceptable. *(See Section IV(G)(3), Receipts for Initial Work Authorization)*

A receipt is never acceptable for employment lasting less than three (3) business days.

**<u>Receipt Procedure</u>**

a. **Record Document:**  The following should be recorded in the appropriate Column in Section 2:  the title of the document with the word "receipt," the accompanying document number, if any, and the issuing authority.

   When the employee presents the actual replacement document, the PSSI representative should cross out the word "receipt," record the actual document number and expiration date, and write the words "original presented" on the form with the date of change and the initials of the PSSI representative making the changes.

b. **Create a Tickler:**  The employee has 90 days from the date of hire to present a replacement document or other acceptable document(s).  A tickler should be made to follow up with the employee to ensure the employee brings in the replacement document or other acceptable document(s) within 90 days of hire.  *(See Section VI(A), Establishment of Tickler System)*

c. **Send a Reminder:**  Written communication should be sent to the employee reminding him or her to bring in the original document within 90 days.  This communication should be sent 30 days and 14 days before the expiration of 90 days from the date of hire.  A copy of the written communication should be given to the employee's supervisor to keep them apprised of the situation.

d. **Leave of Absence and Termination:**  If an employee does not bring an appropriate document within 90 days of hire, he or she must be placed on an unpaid personal leave of absence to last no more than 30 days.  The employee will be allowed to return to work immediately upon his or her presenting acceptable documentation during this 30-day period. The employee will be placed on an unpaid personal leave of absence up to 30 days or until appropriate documentation is submitted. If appropriate documentation is not submitted by the end of the 30-day period, employment will be terminated unless exigent circumstances exist.

3.  **Receipts for Initial Work Authorization**

Receipts showing the individual is applying for work authorization are not valid for work authorization.  The "receipt" rule stated above is applicable to receipts for replacement documents and only applies to persons who are already authorized to work.  It does not apply if the employee is currently applying for work authorization from the USCIS.

4.  **Receipts for Employment Authorization Document (EAD) Cards**

    Receipts showing an individual has applied for a new or renewal Employment Authorization Document (EAD) are not valid for work authorization.

5.  **Nonimmigrant Work Status**

    There are several kinds of working statuses that allow a foreign national to work in the United States on a temporary basis.

    If the employee chooses to select his or her unexpired foreign passport, they must also produce the white Form I-94 from List A.  The date on the Form I-94 must not be expired for it to be acceptable as proof of valid work authorization.  A PSSI representative must record the title, issuing country, number and expiration date of the foreign passport in Section 2, List A.  The PSSI representative must also record the number and expiration date of the Form I-94 in the second space provided in Section 2, List A.  ***Do not copy the visa page in the passport – copy the passport biographical pages and the Form I-94 card.***

    In some limited circumstances, the Form I-94 card will have a "D/S" rather than an expiration date.  In this situation, the employee must also produce evidence that he or she is authorized to work for PSSI.  Please call PSSI's immigration counsel for specific instructions.

**Other Nonimmigrant Categories:**

a.  **H-1 Professional Workers and L-1 Intracompany Transferees**
    The employee should have a Form I-94 that clearly indicates the expiration date of his or her respective status.   In this situation, the number and expiration date on the Form I-94 should be recorded in Section 2 of Form I-9.  The employee may also present a document called Form I-797, Notice of Action or Approval Notice.   In Section 2 on Form I-9, record the document title and number, issuing authority, and expiration date from Form I-797.

b.  **TN Temporary Workers from Canada or Mexico**
    The Form I-94 should clearly indicate "TN" and contain an expiration date for work eligibility.   Record the passport information and Form I-94 number and expiration date in Section 2 of Form I-9.

**CAUTION:** Some nonimmigrant visa classifications, such as H-1B or L-1A/B, are employer and/or location specific. Therefore, work authorization may not be valid if it relates to a different employer and/or location.

## V.   SECTION 3: "REVERIFICATION"

### A.   Who Must be Reverified?

**U.S. Citizen:** Reverification will never be necessary if the employee checks the box in Section 1 indicating he or she is a U.S. citizen

**Lawful Permanent Resident:**  Reverification is generally never necessary if the employee checks the box in Section 1 indicating that he or she is a lawful permanent resident.

*Exception:*
If the employee presented an unexpired foreign passport containing a temporary I-551 stamp, reverification of his or her employment eligibility must be performed on or before the expiration date of the I-551 stamp. If the stamp does not contain an expiration date, docket one year from the date it was issued to reverify work authorization.

If the employee presented an alien registration card ("green card"), then reverification is not necessary even though this document may contain an expiration date.

**Alien Authorized to Work Until a Specified Date:**  If an employee indicates in Section 1 that he or she is an alien authorized to work until a specified date, then the employee's work authorization must be reverified on or before the date indicated by the employee.  Further, if the employee presents an acceptable List A or List C document with an expiration date, then reverification must take place on or before that expiration date recorded in Section 2 under List A or List C.

### B.   Procedure

Every month, a list should be generated containing the names of all employees whose employment authorization will expire within the next 90 days.   A written notification should be sent to the employee 90 days, 60 days, 30 days and 14 days prior to expiration of the employee's work authorization.  This correspondence should advise the employee to present an unexpired document of their choice from List A or List C evidencing their continuing work authorization by or before the date their current work authorization will expire.

The employee's supervisor should also receive the same notification to keep them apprised of the situation.

<u>**Reverification Procedure:**</u>

The reverification process should be completed on a <u>new</u> Form I-9. The employee must complete Section 1 and present documentation establishing his or her continuing employment eligibility. The original documentation presented by the employee must be examined to assure that it is genuine, that it relates to the employee, and that it contains an unexpired work authorization date. **Section 3 must be completed by a PSSI representative**. The employee must present an unexpired document from either List A or List C demonstrating that he or she is currently authorized to work. The new Form I-9 should be attached to the original Form I-9 and a photocopy of the document(s) presented for reverification must also be attached to this documentation.

C. **Special Situations**

1. **Extension of Nonimmigrant Visas: Reverifying Employees in H, J, L or TN Status**

An employee in nonimmigrant status, such as H-1B, J, L or TN on whose behalf PSSI files an extension of status in the same classification before the expiration of their initial USCIS-authorized period of stay automatically gets an additional 240 days to work by virtue of filing. The 240-day period starts on the day the employee's initial period of authorized stay in a nonimmigrant classification expires, and automatically terminates if the USCIS denies the extension request. Of course, if the USCIS approves the request for extension, the employee's status is valid until a new date authorized by the USCIS.

Note that this rule only applies to employees who request an extension of their nonimmigrant status. It does not apply to individuals who apply to USCIS for a change of status (e.g., F-1 to H-1B). Furthermore, this rule only applies to situations where the employee requests USCIS to extend previously approved authorization specific to PSSI (e.g., where the employee's initial H-1B status was only valid for employment at PSSI.)

For purposes of reverifying an employee in H-1B, J-1, L-1 or TN status, a notation in Section 3 of the Form I-9 should be made indicating that the employee has filed an application to extend his or her current work authorization. The PSSI representative should date and initial this notation and create a tickler to reverify the employee's employment eligibility within 240 days from the expiration date of the employee's initial period of authorized work authorization. *(See Section VI(A), Establishment of Tickler)*

When the employee receives approval of his or her request for extension of nonimmigrant status, the prior notation in Section 3 should be crossed out and

the new employment eligibility information should be inserted on the form consistent with the reverification procedures described above.

### 2. Employment Authorization Document (EAD)

An employee with a Form I-688B, Employment Authorization Document (EAD), should file an application for extension of this document with the USCIS Service Center at least 90 days before expiration of the EAD to avoid an interruption in his or her employment.

If the USCIS Service Center fails to approve the extension request within 90 days, the regulations permit the individual to apply for an employment authorization document at his or her local USCIS office authorizing employment for up to 240 days while the application is pending. Due to the complexity of this issue, PSSI's immigration counsel or an appropriate company official should be contacted if this situation arises.

### D. Failure to Timely Present Documents for Reverification

If, at the time of the expiration of work authorization, the employee is unable to provide proof of continuing work authorization, he/she may not continue to work beyond the validity of his/her work authorization. The supervisor should be notified of the situation. At the time the work authorization expires the employee should be placed on unpaid personal leave of up to 30 days or until appropriate documentation is submitted in accordance with PSSI's policy. If appropriate documentation is not submitted by the end of the 30-day period, employment will be terminated.

## VI. PACKERS SANITATION SERVICES, INC.'S TICKLER SYSTEM

### A. Establishment

PSSI's Human Resources Department will maintain an electronic tickler system to identify any employee who has work authorization that will expire. This system must show, on a monthly basis, employment authorization dates at least 90 days in advance of expiration.

### B. Notification

A written notification should be sent to each employee 90 days, 60 days, 30 days and 14 days prior to the expiration of his or her employment eligibility. This correspondence will inform the employee of the need to timely provide original documentation evidencing the employee's continuing employment eligibility. A written notification should also be sent to the employee's supervisor. This correspondence will advise that the employee will be required to present, in a

timely manner, original documentation demonstrating continuing employment eligibility or be placed on an administrative leave of absence.

In cases where an employee's work authorization has been automatically extended for an additional 240 days *(See Section IV (G)(5), Non-Immigrant Work Status)*, the tickler should prompt the PSSI representative to reverify before the expiration of that additional time.

## C. Expiring Work Authorization

The tickler system should initiate the reverification process by prompting PSSI's Human Resources Department to complete reverification before the expiration of employment eligibility and to notify the employee of the need to reverify his or her employment eligibility in advance of expiration. In cases where an employee's work authorization has been automatically extended for an additional 240 days *(See Section IV (G)(5), Non-Immigrant Work Status)*, the tickler should prompt PSSI's Human Resources Department to reverify before the expiration of that additional time.

## D. Examining Original Documents after Receipts are Presented

A tickler must also be recorded to initiate reverification for an employee who, at the time of hire, presents a receipt for replacement document(s). This letter should be sent 30 days and 14 days before expiration of the initial 90-day period of employment and should remind the employee to present the original document(s) no later than 90 days from the first day of hire. The tickler should also prompt PSSI's Human Resources Department to examine the original document before the expiration of the 90-day period.

## VII. RETENTION AND STORAGE OF I-9 FORMS

## A. Current Employees

The law requires employers to properly complete and retain a Form I-9 for every current employee hired after November 6, 1986.

All I-9s must be maintained separately from the employee's personnel file. Access to the Forms I-9 should be limited to Payroll/HR Administrators. All documents in this file may be used only for USCIS purposes. The records may not be copied or distributed without authorization.

## B. Terminated Employees

I-9s for terminated employees should be kept for the longer of one year from the date of termination of employment **OR** three years from the date of hire.

I-9s for terminated employees should be purged when the retention period ends. When an employee is terminated, his or her Form I-9 should be evaluated to determine the required retention period – the longer of one year from the date of termination or three years from the date of hire.

C.      **Rehires**

An employee who leaves the company and is subsequently rehired must complete a new Form I-9.  A new Form I-9 must be completed regardless of how long, or short, the employee's separation from the company.

D.      **For Whom is the Form I-9 Form Unnecessary?**

PSSI will not be required to complete the Form I-9 for the following individuals:

1. Employees hired on or before November 6, 1986 and continuously employed by the same employer;
2. Individuals performing casual employment who provide domestic service in a private home that is sporadic, irregular or intermittent;
3. Independent contractors; and
4. Workers provided to PSSI by individuals or entities providing contract services, such as temporary agencies (in such cases, the contracting party is the employer for Form I-9 purposes).

E.      **Missing I-9s**

If a PSSI representative discovers that the Form I-9 is not on file for a given employee, he or she should request that the employee complete Section 1 of the Form I-9 *immediately* and submit documentation as required in Section 2.  The new Form I-9 should be dated when completed – **never** post-dated.  When an employee does not provide acceptable documentation, PSSI must terminate employment or risk being subject to penalties for "knowingly" continuing to employ an unauthorized worker if the individual is not in fact authorized to work.

VIII.  **E-VERIFY**

A.      **E-Verify Overview**

Federal law requires that all employers verify the identity and employment eligibility of all new employees (including U.S. citizens) within three days of hire. Employees are required to complete the Form I-9, and employees must provide employers with documentation establishing both identity and eligibility to work in the United States.

The Department of Homeland Security (hereinafter referred to as "DHS") and the Social Security Administration (hereinafter referred to as "SSA") have established an electronic system called E-Verify, which PSSI is enrolled in. E-Verify is a free and simple to use Web-based system that electronically verifies the employment eligibility of newly hired employees, regardless of citizenship. E-Verify provides an automated link to DHS and SSA databases to help employers determine employment eligibility of their new hires and the validity of their Social Security numbers.

In short, through E-Verify, employers send information about the employee from the employee's Form I-9 to SSA and DHS to ensure that the employee is authorized to work in the United States and that the employee's name, Social Security Number, date of birth, citizenship status, and any other non-citizen information the employee chooses to provide the employer on the Form I-9 match government records.

B.     **Packers Sanitation Services, Inc.'s Responsibilities and Packers Sanitation Services, Inc.'s Employees' Rights**

E-Verify reduces unauthorized employment, minimizes verification-related discrimination, is quick and non-burdensome to employers, and protects civil liberties and employee privacy. However, there is certain protocol that PSSI must follow in order for rights of the PSSI employees to be accurately protected. PSSI must post a notice informing PSSI employees of their use of E-Verify. E-Verify must be used for new hires only and cannot be used to verify the employment eligibility of current PSSI employees, with limited exceptions for federal contractors. E-Verify must be used for all new hires regardless of national origin or citizenship status and may not be used selectively. E-Verify must be used only after hire and after completion of the Form I-9 and PSSI may not pre-screen applicants through E-Verify.

If a PSSI employee receives an information mismatch from their Form I-9 and SSA and DHS databases, PSSI must promptly provide the PSSI employee with information about how to challenge the information mismatch, including a written notice generated by E-Verify. If a PSSI employee decides to challenge the information mismatch, PSSI must provide the person with a referral letter issued by E-Verify that contains specific instructions and contact information. If a PSSI employee receives a SSA tentative non-confirmation (TNC), they have the option of visiting an SSA field office to update their record or if the PSSI employee is a naturalized citizen, the PSSI employee may choose to call USCIS directly to resolve the TNC.

PSSI may not take any adverse action against a PSSI employee because he/she contests the information mismatch. This includes firing, suspending, withholding pay or training, or otherwise infringing upon his/her employment. The PSSI

employee must be given eight federal government work days to contact the appropriate federal agency to contest the information mismatch.

## IX.  INTERNAL REVIEW AND FORM I-9 TRAINING

Internal review and Form I-9 training should be conducted periodically. Responsible personnel should conduct internal audits at least once each year.

## X.  MERGERS AND ACQUISITIONS

Before a merger or acquisition is scheduled to occur, I-9s should be evaluated so that corrective action, if necessary, can be taken to ensure that employer sanction and anti-discrimination provisions are not violated. An assessment should be performed to determine whether PSSI will complete new I-9s before the final merger date. If new I-9s are not completed before the final merger date, a full Form I-9 audit must be conducted and all mistakes and omissions corrected. PSSI's records must reflect the "date of hire" as the date the acquisition took effect.

## XI.  NOTICE OF INSPECTION BY GOVERNMENT AGENCY

An employer is entitled to only **three (3) days' notice** prior to an inspection of I-9s by the Department of Homeland Security, the Department of Labor or the Office of Special Counsel. Although the regulations provide that an employer is entitled to such notice, in practice, inspectors, such as from the Department of Labor's Wage and Hour Division and OFCCP, will not necessarily advise employers of this right. Since an inspection can result in the imposition of substantial fines against the company, if a notice of an inspection is received, the General Counsel should be contacted immediately.

Exhibit C



# I-9 Compliance – Completing the Form I-9



# talentReef Form I-9

## Section 1





# talentReef Form I-9

## Section 1 Continued



# talentReef Form I-9

## Section 2



# talentReef Form I-9

## Section 2 Continued



**CERTIFICATION**
I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): ●❶

[                    ] [ Use Today's Date ]

Required fields are marked with a red circle ●

| Signature of Employer or Authorized Representative | Date Signed (month/day/year) | Title of Employer or Authorized Representative ● |
| --- | --- | --- |
| | | Manager |
| Last Name (Family Name) ● | First Name (Given Name) ● | Employer's Business or Organization Name ● |
| | | Packers Sanitation Services, Inc. |
| Employer's Business or Organization Address (Street Number and Name) ● | City ● | State ● |  ZIP ● |
| | | ▼ | |

Enter your talentReef Management Console or I-9 password to digitally sign ● [          ]  [ ✏ Digitally Sign ]

[ Cancel ]                    ( Attachments )  [ Previous ]  [ ✔ Finish ]

# talentReef Form I-9

## Section 3

- If you want to view the PDF version click here: ▶
- If you want to view the I-9 attachments click here: ▶
- This I-9 has documents expiring in 9 days, to reverify it click here: ▶
- If the new hire committed a mistake on Section 1 of the I-9, correct it by clicking here: ▶
- If you committed a mistake on Section 2 of the I-9, correct it by clicking here: ▶

---

I-9                                                                                                                                                           ✕

**Section 3. Reverification and Rehires.** (To be completed and signed by employer or authorized representative.) (To view I-9 instructions and Spanish versions, click here)

| A. New Name (if applicable) ❶ | | | B. Date of Rehire (if applicable) ❶ |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | (mm/dd/yyyy) |
| N/A | N/A | N/A | N/A |

C. If employee's previous grant of employment authorization has expired, provide the information for the document from List A or List C the employee presented that establishes current employment authorization in the space provided below. ❶

| Document Title: ❶ | Document Number: ❶ | Expiration Date (if any) (mm/dd/yyyy): ❶ |
|---|---|---|
| N/A | N/A | N/A |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative
Date Signed (month/day/year)

Enter your talentReef Management Console or I-9 password to digitally sign : ▪ [            ]   ✎ Digitally Sign

Cancel                                                                                    Attachments | View I-9 PDF | ✔ Finish

# Form I-9 Corrections

## Paper Form I-9
- For paper I-9 corrections, the following applies:
    - The person who originally wrote the information, must make the correction
    - To make a correction:
        - Using a single line, cross off the incorrect information
            - Do not use white out or black out the information
        - Print the correct information
        - Initial and date the correction using today's date

## talentReef Form I-9
- All I-9 corrections are made in talentReef under the hiring manager's log in information
- Section 1 corrections are made by the employee
    - The employee will be required to enter their password in order to make the correction
- Section 2 correction are made by the employer

# The List of Acceptable Documents

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Authorization** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Authorization** |
| 1. U.S. Passport or U.S. Passport Card | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 1. A Social Security Account Number card, unless the card includes one of the following restrictions: (1) NOT VALID FOR EMPLOYMENT (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | 3. School ID card with a photograph | | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status: a. Foreign passport; and b. Form I-94 or Form I-94A that has the following: (1) The same name as the passport; and (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | | 4. Voter's registration card | | |
| | | 5. U.S. Military card or draft record | | 4. Native American tribal document |
| | | 6. Military dependent's ID card | | 5. U.S. Citizen ID Card (Form I-197) |
| | | 7. U.S. Coast Guard Merchant Mariner Card | | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | | 8. Native American tribal document | | |
| | | 9. Driver's license issued by a Canadian government authority | | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | **For persons under age 18 who are unable to present a document listed above:** 10. School record or report card 11. Clinic, doctor, or hospital record 12. Day-care or nursery school record | | |

- List A establishes Identity and Work Authorization

- List B establishes Identity only

- List C establishes Work Authorization only

# E-Verify

- PSSI voluntarily participates in E-Verify
- Posters are displayed onsite and on PSSI's talentReef applicant page
- All new hires and rehires are processed in the system, within 3 days of the first day of work
- Form I-9 and supporting documentation must be complete before E-Verify can be processed



**Do you know what initial results an employee can get in E-Verify?**

Employment Authorized

DHS Verification In Process

SSA or DHS Tentative Non-Confirmation

# E-Verify

## Tentative Non-Confirmation

- Employee given English notice requiring signature and option to contest or not contest
  - Notice comes in over 18 different languages, but only English notice can be signed
- If employee chooses not to contest, terminate immediately by submitting term form to corporate office
  - Email to [terminationforms@pssi.co](mailto:terminationforms@pssi.co)
- If employee chooses to contest, must be given referral notice and follow instructions listed on notice
- Employee must be allowed to work during this time
- Employee must be provided a copy of all E-Verify notices

## Final Non-Confirmation

- E-Verify will notify corporate office of case status within 10 days
- If authorized, employee continues to work
- If notice of Final Non-Confirmation, employee must be terminated immediately
- Corporate will notify Site Manager, if employee must be terminated

**Signature:** _Herbie Hancock_ _____

# Form I-9 Civil Fines

- Hiring or employing someone not authorized to work in US: **$539 up to $21,563 per employee**

- Failing to complete I-9 properly: **$216 up to $2,156 per form**

- Committing or participating in document fraud: **$445 up to $8,908 per employee**

- Committing document abuse (asking for specific doc or more documentation than what the I-9 states is needed): **$178 up to $1,782 per violation**

- Discriminating against an authorized worker: **$445 up to $17,816 per violation**

# Form I-9 Criminal Fines



- Engaging in a pattern or practice of hiring, recruiting or referring for a fee unauthorized aliens: **$3,000 and 6 months in jail for each unauthorized alien per each offense**

# Recap

As the Hiring Manager, you are expected to verify the following:

All new hires and rehires complete the Form I-9, no later than the first day worked

Examine the original, unexpired document(s) presented by an employee and complete Section 2 of the Form I-9, no later than the employee's third day of work

Verify the person presenting the document matches the person pictured on the document

Ensure E-Verify TNC paperwork is reviewed and signed by the employee upon receipt from Corporate office

**Do you have any questions?
Please contact Corporate
Human Resource
Department**



Exhibit D



# I-9 Compliance – Spotting Fraudulent Documents



# Examining Documents

| LIST A | LIST B | LIST C |
|---|---|---|
| **Documents that Establish Both Identity and Employment Authorization** | **Documents that Establish Identity** | **Documents that Establish Employment Authorization** |

OR ... AND

**LIST A — Documents that Establish Both Identity and Employment Authorization**

1. U.S. Passport or U.S. Passport Card

2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551)

3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa

4. Employment Authorization Document that contains a photograph (Form I-766)

5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:
   a. Foreign passport; and
   b. Form I-94 or Form I-94A that has the following:
      (1) The same name as the passport; and
      (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form.

6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address

2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**LIST C — Documents that Establish Employment Authorization**

1. A Social Security Account Number card, unless the card includes one of the following restrictions:
   (1) NOT VALID FOR EMPLOYMENT
   (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION
   (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION

2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240)

3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (Form I-197)

6. Identification Card for Use of Resident Citizen in the United States (Form I-179)

7. Employment authorization document issued by the Department of Homeland Security

- Expiration date
- Issued by Federal, State or Local government agency
- Date of birth must match person
- Names on documents must match
- All identification documents must contain a photo
- Match photo to person
- Must be 18 years old or older
- Signature cannot be typed
- Clear copies of the document(s) are retained
  - Color copies are preferred

# Examining Documents Continued

- **You are not expected to be a document expert.** However, you must apply common sense and your experience when reviewing documents.

- **You are expected to carefully review original documents** (not copies).

- **You must ensure that the documents reasonably appear to be genuine.** This means that they must be free of typos; the "Departament" of Homeland Security does not exist. They must not have been obviously altered; employees have been known to cut and paste photos onto documents or to erase a person's name from a Social Security card and type in their own.

- **You must ensure that the documents reasonably appear to relate to the person who presented them.**

- **Any document containing an expiration date must be unexpired at the time of presentation.** Even if the document expired yesterday, you cannot accept it today.

- **If you feel uncertain about whether a document is genuine, you need not necessarily make a determination on the spot.** You can make a clear copy of the front and back of the document and have the Corporate Human Resources team review the documents.





## Examining Documents

U.S. Passport/Passport Card

- Extremely difficult to produce fraudulent U.S. Passports/Cards

- Significant criminal consequences for possession and use of fake U.S. Passport/Card

- Significant criminal consequences for non-citizens claiming that they are U.S. Citizens

- E-Verify does a very good job of identifying fake U.S. Passports/Cards

- For these reasons fake U.S. Passports/Cards are rarely provided when completing the Form I-9





# Examining Documents

## Permanent Resident Card

- On May 1, 2017, USCIS began issuing redesigned cards that no longer display the individual's signature. However, some cards issued after May 1, 2017, may still display the previous format. Both the previous and new cards will remain valid until the expiration date shown on the card

- U.S. Citizenship and Immigration Services (USCIS) issues Permanent Resident Cards (Form I-551), commonly called green cards, to individuals granted authorization to live and work in the United States on a permanent basis.

- The card is green in color and contains the bearer's name, photo, fingerprint, card number, alien/USCIS number, birth date and card expiration date, along with several security features.

- The current version of the card was introduced in May 2017 and features security technologies such as holographic images, laser engraved fingerprints and high resolution micro-images.

- Earlier versions may still be valid and are shown below on the next slide

# Examining Documents

Permanent Resident Card Continued











- Also in circulation are older Resident Alien Cards, issued by the U.S. Department of Justice, Immigration and Naturalization Service prior to December 1997. These cards are peach in color and contain the bearer's fingerprint and photo.
- Cards issued between August 1989 and December 1997 contain expiration dates, but do not have document numbers and have since expired.

- Cards issued between January 1977 and August 1989 do not have document numbers or expiration dates and are valid indefinitely.



# Examining Documents

Examples of Fraudulent Permanent Resident Card









# Examining Documents

## Employment Authorization Documents (EAD)









# Examining Documents

## Drivers License and Identification Cards



- There are four basic "feel" tests that can aid in the detection of fraudulent drivers licenses and identification cards.
  - The first is to check the rigidity of the card. In many cases the material the fake document is produced from of a different weight / thickness than the real documen Simply giving the card a squeeze will help you make that determination.
  - The second test involves checking the edges of the card. Most all cards have rounded edges due to the material they are made from. If the edges feel square it is possible the card has a false front. If the edge feels square a closer inspection should be completed. Topically the squared edge is due to an overlay affixed to the front of the card. This overlay is cut incorrectly and creates the squared edge.
  - Feeling the front and back surfaces should also be done as part of the "feel tests". Using the pads of the fingers, lightly feel for bumps, ridges and irregularities that are not part of the normal card. Some states are now using raised ink and embossed print as part of their security features. The raised ink feature may include signatures and birth dates printed on the front and back. The embossed feature most commonly uses the birth date. These raised characters can been seen and felt.

# Examining Documents

## Drivers License and Identification Cards Continued



– The last of the "feel" tests is to check the corners of the card. Real documents are made in such a way that the face of the card cannot be peeled up. To check this, simply try to split the ID using a fingernail. If the ID splits it is a good indicator that the document is not real.

– When doing the visual examination of the card, remember to examine the back as well. Those manufacturing illegal cards go to a great deal of effort to try to match the face of the card but often fail to put the same effort onto the back. The reverse side of the card may have information which does not even match the real document. In some cases the manufacturer will put information on the back designed to convince the person examining it that the document is real. While the document may look good, the fine print tells a different story. In some cases, they will also embed statements like "Not a Real ID" or "Not a Government ID" on the back.

# Examining Documents

## Social Security Card



Did you know?

- Since the issuance of the first Social Security Card in 1936, there have been a total of 34 different versions of the Card

- The Social Security Administration currently issues three types of cards:
  - Issued to: U.S. citizens and People lawfully admitted to the United States on a permanent basis.

- Shows your name and Social Security number and lets you work without restriction.
  - Shows your name and number with notes, **"VALID FOR WORK ONLY WITH DHS AUTHORIZATION."** Issued to people lawfully admitted to the United States on a temporary basis who have DHS authorization to work.
  - Shows your name and number with notes, **"NOT VALID FOR EMPLOYMENT."** Issued to people from other countries:
    - Who are lawfully admitted to the United States without work authorization from DHS, but with a valid non-work reason for needing a Social Security number; or
    - Who need a number because of a federal law requiring a Social Security number to get a benefit or service.

- Invalid Social Security Numbers:
  - There are currently no SSNs with first set of three digits with 000, 666 or 900 to 999
  - There are currently no SSNs with the second set of two digits with 00
  - There are currently no SSNs with the final set of four digits with 0000

# Examining Documents

Social Security Card Continued



Micro Printing

Name Format

Issuing Authority

Issue Date

# Recap

As the Hiring Manager, you are expected to verify the following:

- Examine the original, unexpired document(s) presented by an employee

- Verify the person presenting the document matches the person pictured on the document

- Retain and upload clear, color copies of documents presented for the Form I-9

- Report any fraudulent or suspicious activity to the corporate Human Resources Department by calling the corporate office directly or utilizing the toll-free *WeCare* hotline:
    - An employee wanting to change his/her name and/or Social Security Number
    - An employee wanting to present other documentation after, we declined the initial document

**Do you have any questions? Please contact Corporate Human Resource Department**

