IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiffs,<br><br>v.<br><br>PACKERS SANITATION SERVICES,<br>INC., LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 4:22-CV-3246<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MAGDALENA GARCIA HERNANDEZ

I, Magdalena Garcia Hernandez, hereby declare that the statements made in this Declaration, pursuant to 28 U.S.C. § 1746, are true and correct to the best of my knowledge and belief. I understand that false statements made herein are subject to the penalties of perjury and state as follows:

1. I am currently employed with Packers Sanitation Services, LLC ("PSSI" or "Company") as a Food Safety Team Member – General Labor at the JBS Grand Island facility located at 555 South Stuhr Road in Grand Island, Nebraska ("Facility").

2. I am over 18 years of age, I am a resident of the State of Nebraska, and I am competent to testify to the matters stated in this Declaration, and if called and sworn as a witness, I could and would testify competently and truthfully to the matters stated in it.

3. I have not been promised any benefit, or been coerced or threatened in any manner in exchange for the testimony in this Declaration. I have been specifically informed that I am free to provide or decline to provide any information relating to the paragraphs

below.

4. I make this Declaration voluntarily and of my own free will.

5. I have worked in the role of Food Safety Team Member in the Facility since approximately August 1, 2022. I work on the third shift, during the night and early morning.

6. In the process of being hired by PSSI, I completed all required employment verification paperwork and processes, including answering that I was over the age of eighteen and completing all Form I-9 paperwork.

7. My employment authorization with my picture is attached hereto as Exhibit A. My birthdate is Redacted. As of the date of this Declaration, I am almost thirty-four years old. I have three children. I am originally from the country of Guatemala.

8. I was at the Facility on the night that investigators, who I have recently been informed were from the U.S. Department of Labor, arrived.

9. I observed the investigators in the Facility speaking in Spanish with PSSI employees and taking pictures. Investigators approached me while I was working and spoke to me in Spanish. They asked my name, my date of birth, and how long I have worked for PSSI. They also asked, repeatedly, whether I had completed all required employment paperwork. I cooperated by answering all of their questions, and, specifically, provided my date of birth to them.

10. I am the individual in the photograph attached as Exhibit B. In the picture, I am wearing full personal protective equipment including eye protection. I have seen this picture publicized by various news outlets, including on the television, and I understand now that the U.S. Department of Labor has also included this picture in Court filings. I recall the picture being taken. At no time did anyone from the U.S. Department of Labor or anyone

else ask permission to take my picture, explain the purpose for which they were taking the picture, or ask for my permission to publish my picture.

11. I am embarrassed by the U.S. Department of Labor using this picture of me.

12. I speak and read almost exclusively Spanish. I understand that this Declaration was translated to Spanish in its entirety before signing.

13. Before signing this Declaration, I was provided with a full opportunity to carefully review this Declaration and freely make any corrections and additions of any kind.

Dated: _____                            _____
                                                  Magdalena Garcia Hernandez

## CERTIFICATE OF TRANSLATION

I, Kelly Z. Varguez, a U.S. Court Certified Spanish Interpreter and ATA Certified Spanish>English translator do hereby certify that I am fluent in the Spanish and English languages and that I am competent and experienced in translating from English into Spanish. I further certify that to the best of my knowledge and belief, this translation of files in MARTIN J. WALSH, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR v. PACKERS SANITATION SERVICES, INC., LTD., Court Case Number 4:22-CV-3246 is a true, correct, and complete translation from English into Spanish of the affidavits provided to me via email by the Defendant's Attorney Gigi O'Hara. I further certify that I have no personal relationship with the parties to this case nor financial interest in its outcome.

_____  11-28-2022
Kelly Varguez                   Date
U.S. Court Certified Spanish Interpreter
ATA Certified Spanish>English Translator
402-504-8170
P.O. Box 31102
Omaha, NE 68131
kelly@olanguagesolutions.com

GENERAL NOTARY - State of Nebraska
SARA SEYLER
My Comm. Exp. October 29, 2024

EN EL TRIBUNAL FEDERAL DE DISTRITO
DEL DISTRITO DE NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARIO DE TRABAJO, DEPARTAMENTO DE TRABAJO DE LOS ESTADOS UNIDOS, )<br><br>Partes actoras, )<br><br>contra )<br><br>PACKERS SANITATION SERVICES, INC., LTD., )<br><br>Demandado. ) | CAUSA CIVIL NO. 4:22-CV-3246 |

## DECLARACIÓN DE MAGDALENA GARCIA HERNANDEZ

Magdalena García Hernández, la suscrita, por medio de la presente declaro que las afirmaciones hechas en esta Declaración, de conformidad con el 28 U.S.C. § 1746, son verdaderas y correctas a mi leal saber y entender. Entiendo que toda declaración falsar rendida en este documento está sujeta a las penas de perjurio. Declaro lo siguiente:

Actualmente trabajo para Packers Sanitation Services, LLC ("PSSI" o "Compañía") como miembro del equipo de seguridad alimenticia y trabajo general en las instalaciones de JBS Grand Island ubicadas en 555 South Stuhr Road en Grand Island, Nebraska ("Instalaciones").

1. Tengo más de 18 años de edad, soy residente del Estado de Nebraska, y tengo la capacidad de testificar sobre los asuntos expuestos en esta declaración. Si fuera convocada y juramentada como testigo, sería capaz de declarar de manera verídica sobre los asuntos expuestos aquí.

2. No se me ha prometido ningún beneficio, ni se me ha coaccionado o amenazado de ninguna manera para convencerme a presentar el testimonio contenido en esta declaración. Me han informado que puedo proporcionar cualquier información relacionada con los párrafos siguientes y que puedo negarme a hacerlo.

3. Rindo esta declaración libre y voluntariamente.

4. Llevo desde aproximadamente el 1º de agosto de 2022 trabajando como miembro del equipo de seguridad alimenticia en las Instalaciones. Trabajo el tercer turno en la noche y la madrugada.

5. Como parte del proceso de ser contratada por PSSI, completé todo el papeleo y los procedimientos. Esto incluía completar todo el papeleo relacionado con el Formulario I-9 y confirmar que tengo más de 18 años.

6. Véase el Artículo de prueba A, el cual consiste en mi autorización de empleo y mi foto, y se anexa aquí. Mi fecha de nacimiento es el Redacted En la fecha de esta declaración, tengo casi treinta y cuatro años. Tengo tres hijos. Soy originaria del país de Guatemala.

7. Me encontraba presente en las Instalaciones cuando arribaron los investigadores. Hace poco me enteré que eran investigadores del Departamento de Trabajo Federal.

8. Vi a los investigadores en las Instalaciones hablando español con los empleados de PSSI y sacando fotografías. Mientras trabajaba, los investigadores se me acercaron y me hablaron en español. Me pidieron mi nombre y mi fecha de nacimiento y me preguntaron por cuánto tiempo había trabajado para PSSI. También me preguntaron repetidas veces si había completado todo el papeleo requerido para ser empleada. Yo cooperé contestándoles todas sus preguntas y específicamente dándoles mi fecha de nacimiento.

9. La persona que se ve en la fotografía incluida aquí como el Artículo de prueba

B soy yo. En la foto, llevo mi equipo de protección individual completo, incluyendo la protección para los ojos. He visto esta fotografía publicada en varios medios de comunicación, incluyendo la televisión, y ahora entiendo que el Departamento de Trabajo Federal la ha incluido entre los documentos presentados en el tribunal. Recuerdo cuando sacaron esta fotografía. Ningún representante del Departamento de Trabajo Federal ni ninguna otra persona jamás me pidió permiso para sacarme la foto. Tampoco explicaron la razón por sacarla ni me pidieron permiso para publicarla.

10. Me da vergüenza que el Departamento de Trabajo Federal esté usando mi fotografía.

11. Hablo y leo casi exclusivamente el español. Entiendo que antes de que yo firmara esta declaración, la misma fue traducida al español en su totalidad.

12. Antes de firmar esta declaración, se me dio una plena oportunidad de revisarla con cuidado y de corregir y agregar información de cualquier tipo libremente.

Fecha: 11-29-22

*Magdalena García Hernandez*
Magdalena García Hernández



EXHIBIT A

