## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiffs,<br><br>v.<br><br><br>PACKERS SANITATION SERVICES,<br>INC., LTD.,<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO. 4:22-CV-3246 |

## DECLARATION OF PEDRO MONTANEZ

I, Pedro Montanez, hereby declare that the statements made in this Declaration, pursuant to 28 U.S.C. § 1746, are true and correct to the best of my knowledge and belief. I understand that false statements made herein are subject to the penalties of perjury and state as follows:

1.    I am currently employed with Packers Sanitation Services, LLC ("PSSI" or "Company") as a In-Plant Safety Specialist at the JBS Grand Island facility located at 555 South Stuhr Road in Grand Island, Nebraska ("Facility").

2.    I am over 18 years of age, I am a resident of the State of Nebraska, and I am competent to testify to the matters stated in this Declaration, and if called and sworn as a witness, I could and would testify competently and truthfully to the matters stated in it.

3.    I have not been promised any benefit, or been coerced or threatened in any manner in exchange for the testimony in this Declaration. I have been specifically informed that I am free to provide or decline to provide any information relating to the paragraphs

below.

4.     I make this Declaration voluntarily and of my own free will.

5.     I have worked in sanitation for more than 30 years and for the company that preceded PSSI and PSSI for approximately 10 years.

6.     I was at the Facility on the night that the U.S. Department of Labor investigators arrived, and I saw them for the first time in the cafeteria.  The investigators asked if PSSI had an office space at the Facility and we told them PSSI did not, as the Facility belongs to JBS and not PSSI. The investigators asked how many PSSI employees were present and what my role is with PSSI. I answered all of their questions and cooperated with their investigation.

7.     The investigators requested to tour the Facility. Once they all donned appropriate PPE, I took two investigators with me to tour one side of the Facility, while Marina Ramirez took the second half of the investigators to tour the other side of the Facility.  I led the two investigators through the Fabrication side, taking them through areas including the packing area where PSSI employees were applying soap on equipment, the new Fabrication area, the meat masters room, and the ground beef area. I observed the investigators taking photographs.

8.     The Facility is large and I wanted to ensure the investigators were safe during the tour and, therefore, reminded them to walk carefully. During the tour, I observed investigators taking photographs and speaking with PSSI employees. I speak Spanish and English and, in my observations of the investigators, they spoke fluent Spanish with PSSI employees.

9.     I have no knowledge of any PSSI employee deleting or destroying information related to the investigation by the U.S. Department of Labor, including on the night that they inspected the Facility. To my knowledge, we gave them everything that they asked for, including all documents and electronic devices that they requested. The investigators asked about OSHA

documentation. I explained that I did not have access to such information, and it was not retained in paper format in the Facility. I directed them to the electronic system where I understand this information is stored, informed them which supervisors I believe have access to it, and explained that I do not have personal access to it.

10.     The investigators interviewed PSSI employees in the cafeteria area of the Facility. They had a list of employee names. They would ask me to find an employee and bring them to be interviewed, and I would do so. I also needed to simultaneously complete my work requirements, ensure the safety of PSSI team members, and complete my nightly paperwork.

11.     Even though I was cooperating with their investigation, answering their questions, and trying to be helpful by finding employees they wanted to interview, they told that that I could not be present when they were interviewing employees. After I brought each requested employee for the investigators to interview, I proceeded to sit in the location in the cafeteria where I sit every day to fill out paperwork. The cafeteria area is, essentially, my office because PSSI does not own or control the Facility.

12.     I was filling out paperwork and trying to be vigilant for the next time that the investigators needed me to find someone. To the extent that I made inadvertent eye contact with any of the investigators, it was only to ensure they could get my attention if they needed to speak with another PSSI employee. The interviews were taking place about 15-20 feet away from me in a corner and I could not hear what the investigators were talking about. If they had asked me to leave the cafeteria altogether, then I would have. There were also other seats farther away from where I was sitting.

13.     I am not part of the hiring process at the Facility for PSSI employees. I have no knowledge of PSSI ever knowingly hiring or employing anyone under the age of 18 years old.

14.    I speak both Spanish and English. I read primarily Spanish. I understand that this Declaration was translated to Spanish in its entirety before signing.

15.    Before signing this Declaration, I was provided with a full opportunity to carefully review this Declaration and freely make any corrections and additions of any kind.

Dated: _____          _____

Pedro Montanez

# CERTIFICATE OF TRANSLATION

I, Kelly Z. Varguez, a U.S. Court Certified Spanish Interpreter and ATA Certified Spanish>English translator do hereby certify that I am fluent in the Spanish and English languages and that I am competent and experienced in translating from English into Spanish. I further certify that to the best of my knowledge and belief, this translation of files in MARTIN J. WALSH, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR v. PACKERS SANITATION SERVICES, INC., LTD., Court Case Number 4:22-CV-3246 is a true, correct, and complete translation from English into Spanish of the affidavits provided to me via email by the Defendant's Attorney Gigi O'Hara. I further certify that I have no personal relationship with the parties to this case nor financial interest in its outcome.

_____

12-01-22
_____
Date

Kelly Varguez
U.S. Court Certified Spanish Interpreter
ATA Certified Spanish>English Translator
402-504-8170
P.O. Box 31102
Omaha, NE 68131
kelly@olanguagesolutions.com

_Sara Seyler_

GENERAL NOTARY - State of Nebraska
SARA SEYLER
My Comm. Exp. October 29, 2024

## EN EL TRIBUNAL FEDERAL DE DISTRITO
## DEL DISTRITO DE NEBRASKA

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARIO DE TRABAJO, DEPARTAMENTO DE TRABAJO DE LOS ESTADOS UNIDOS, | ) ) ) ) | |
| | ) | |
| Partes actoras, | ) | |
| | ) | |
| contra | ) | CAUSA CIVIL NO. 4:22-CV-3246 |
| | ) | |
| | ) | |
| PACKERS SANITATION SERVICES, INC., LTD., | ) ) | |
| | ) | |
| | ) | |
| Demandado. | ) | |

## <u>DECLARACIÓN DE PEDRO MONTAÑEZ</u>

Pedro Montañez, el suscrito, por medio de la presente declaro que las afirmaciones hechas en esta Declaración, de conformidad con el 28 U.S.C. § 1746, son verdaderas y correctas a mi leal saber y entender. Entiendo que toda declaración falsa rendida en este documento está sujeta a las penas de perjurio. Declaro lo siguiente:

1.  Actualmente trabajo para Packers Sanitation Services, LLC ("PSSI" o "Compañía") como especialista en medidas de seguridad en la planta en las instalaciones de JBS Grand Island ubicadas en 555 South Stuhr Road en Grand Island, Nebraska ("Instalaciones").

2.  Tengo más de 18 años de edad, soy residente del Estado de Nebraska, y tengo la capacidad de testificar sobre los asuntos expuestos en esta declaración. Si fuera convocado y juramentado como testigo, sería capaz de declarar de manera verídica sobre los asuntos expuestos aquí.

3.  No se me ha prometido ningún beneficio, ni se me ha coaccionado o amenazado

de ninguna manera para convencerme a presentar el testimonio contenido en esta declaración. Me han informado que puedo proporcionar cualquier información relacionada con los párrafos siguientes y que puedo negarme a hacerlo.

4.    Rindo esta declaración libre y voluntariamente.

5.    He trabajado en el sector sanitario por más de 30 años y para la compañía PSSI y la compañía que la precedió por aproximadamente 10 años.

6.    Me encontraba presente en las Instalaciones la noche que arribaron los investigadores, y los vi por primera vez en la cafetería. Los investigadores nos preguntaron si PSSI contaba con un despacho en las Instalaciones y les dijimos que no, porque las Instalaciones son de JBS, no de PSSI. Los investigadores nos preguntaron cuántos empleados de PSSI se encontraban presentes y cuál era el papel que desempeñaba en PSSI. Les contesté todas sus preguntas y cooperé con su investigación.

7.    Los investigadores pidieron recorrer las Instalaciones. Una vez que se vistieran con el equipo de protección individual adecuado, recorrí un lado de las Instalaciones con dos investigadores mientras Marina Ramírez recorrió del otro lado con los demás investigadores. A los dos investigadores les mostré la sección de la planta donde se hace la fabricación. Les mostré las áreas de empaque donde los empleados de PSSI enjabonaban el equipo; la nueva zona de fabricación; la sala que contiene el dispositivo MeatMaster; y el área donde se produce la carne molida. Vi que los investigadores sacaban fotografías.

8.    Las instalaciones son extensas y quería asegurarme de que los investigadores estuvieran durante su recorrido. Por lo tanto, les recordaba que caminaran con cuidado. Durante el recorrido, vi que los investigadores sacaban fotos y hablaban con los empleados de PSSI. Hablo

inglés y español; según lo que observé, los investigadores hablaban el español con fluidez con los empleados de PSSI.

9.    No tengo conocimiento alguno de ningún empleado de PSSI que haya borrado o destruido información relacionada con las investigaciones del Departamento de Trabajo de los Estados Unidos, inclyendo la noche de la inspección de las Instalaciones. Hasta donde sepa, les dimos todo lo que pidieron, incluyendo todos los documentos y aparatos electrónicos que solicitaron. Los investigadores preguntaron por la documentación de OSHA. Les expliqué que no contaba con acceso a ellos y que no se guardaban versiones en papel en las instalaciones. Les dije que accedieran al sistema electrónico donde se almacena dicha información, según lo que tengo entendido. Les di los nombres de los supervisores quienes según lo que tengo entendido, tienen acceso a la información. También, les expliqué que no tengo acceso.

10.    Los investigadores entrevistaron a los empleados PSSI en la cafetería de las Instalaciones. Contaban con una lista de empleados. Pedían que yo fuera por los empleados y que se los trajera para su entrevista, y lo hacía. También a la vez tuve que cumplir mis requerimientos del trabajo, garantizar la seguridad de los miembros del equipo de PSSI y completar mi papeleo nocturno.

11.    A pesar de que cooperaba con su investigación, respondía a sus preguntas, y trataba de ayudar a encontrar a los empleados que querían entrevistar, me dijeron que no podía estar presente durante las entrevistas de los empleados. Después de llevar a cada uno de los empleados solicitados para que los investigadores los entrevistaran, me senté en la cafetería donde me siento todos los días para rellenar mi papeleo. En realidad, la cafetería es mi oficina porque PSSI no es propietaria ni controla las Instalaciones.

12.     Completaba el papeleo y trataba de estar atento para la próxima vez que los investigadores me necesitaran para encontrar a alguien. En la medida en que establecí un contacto visual involuntario con alguno de los investigadores, fue sólo para asegurarme de que pudieran llamar mi atención si necesitaban hablar con otro empleado del PSSI. Las entrevistas tenían lugar a unos 15-20 pies de donde estaba, en un rincón, y no podía oír de lo que hablaban los investigadores. Si me hubieran pedido que abandonara la cafetería, lo habría hecho. También había otros asientos más alejados de donde yo estaba sentado.

13.     En estas Instalaciones, no participo en el proceso de contratación de empleados de PSSI. No tengo conocimiento alguno de que PSSI jamás haya contratado o empleado a sabiendas a nadie con menos de 18 años de edad.

14.     Hablo tanto el inglés como el español. Leo principalmente en español. Entiendo que antes de que yo firmara esta declaración, la misma fue traducida al español en su totalidad.

15.     Antes de firmar esta declaración, se me dio una plena oportunidad de revisarla con cuidado y de corregir y agregar información de cualquier tipo libremente.


Fecha: 11-30-2022

_Pedro Montañez_
Pedro Montañez