IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, <br> SECRETARY OF LABOR, <br> U.S. DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> PACKERS SANITATION SERVICES, INC., LTD., <br><br> Defendant. | Case No. 4:22-cv-3246 <br><br> **UNOPPOSED MOTION TO SEAL** |

Defendant Packers Sanitation Services, LLC, named in the Complaint as Packers Sanitation Services, Inc., Ltd. ("PSSI") has filed a redacted exhibit for the Declaration of Magdalena Garcia Hernandez along with an Exhibit A attached to its Index of Evidence filed on December 2, 2022 in support of its Brief in Opposition to Motion for Temporary Restraining Order and Preliminary Injunction, and hereby requests leave to file an unredacted version <u>under seal</u> because portions of the exhibit contain personal information (date of birth and employment authorization identification) that should be protected from public view. In further support of this motion, counsel for PSSI has advised counsel for the Secretary and he does not oppose this motion.

4887-5719-4048.1

Dated this 2nd day of December, 2022.

        Respectfully submitted,

        /s/ *Patrick M. Dalin*
        J. Randall Coffey
        **FISHER & PHILLIPS LLP**
        46 Penn Centre
        4622 Pennsylvania Avenue, Suite 910
        Kansas City, MO 64112
        Phone: (816) 842.8770
        Facsimile: (816) 842.8767
        Email: rcoffey@fisherphillips.com

        Patrick M. Dalin
        **FISHER & PHILLIPS LLP**
        Two Logan Square
        100 N. 18th Street, 12th Floor
        Philadelphia, PA 19103
        Phone: (610) 230-6112
        Facsimile: (610) 230-2151
        Email: pdalin@fisherphillips.com
        *Admitted Pro Hac Vice*


        And

        Gillian G. O'Hara # 22414
        **KUTAK ROCK LLP**
        The Omaha Building
        1650 Farnam Street
        Omaha, NE 68102-2186
        Phone: 402.346.6000
        Facsimile: 402.346.1148
        Email: gigi.ohara@kutakrock.com

        ATTORNEYS FOR DEFENDANT PACKERS SANITATION SERVICES, LLC.

4887-5719-4048.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

      Ambriel Renn-Scanlan
      Traci Martin
      Laura O'Reilly
      U.S. Department of Labor
      Office of the Secretary
      2300 Main Street, Suite 10100
      Kansas City, Missouri 64108
      Phone: 816.285.7260
      Email: renn-scanlan.ambriel@dol.
      Email: martin.traci.e@dol.gov
      Email: oreilly.laura.m@dol.gov

      Counsel for Plaintiff

      /s/ Patrick M. Dalin
      Patrick M. Dalin

4887-5719-4048.1