IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTIN J. WALSH, <br> SECRETARY OF LABOR, <br> U.S. DEPARTMENT OF LABOR, <br> <br> Plaintiff, <br> <br> v. <br> <br> PACKERS SANITATION SERVICES, <br> INC., LTD. <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE <br> NO. 22-cv-03246-JMG-SMB |

INDEX OF EXHIBITS FOR SECRETARY'S REPLY TO
DEFENDANT'S OPPOSITION TO THE
<u>SECRETARY'S MOTION FOR PRELIMINARY INJUNCTION</u>

- **Exhibit 1:** Declaration of Shannon Rebolledo
  - **Exhibit A:** Example of Application
- **Exhibit 2:** Declaration of Nancy Alcantara
- **Exhibit 3:** Declaration of Guadalupe Montes