IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTIN J. WALSH, ) | | |
| SECRETARY OF LABOR, ) | | |
| U.S. DEPARTMENT OF LABOR, ) | | |
| Plaintiff, ) | CIVIL ACTION FILE | |
| ) | NO. 22-cv-03246-JMG-SMB | |
| v. ) | | |
| ) | | |
| PACKERS SANITATION SERVICES, ) | | |
| INC. LTD., ) | | |
| Defendants. ) | | |

UNOPPOSED MOTION FOR ENTRY OF CONSENT ORDER AND JUDGMENT
AND TO POSTPONE HEARING

COMES NOW Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, pursuant to Fed. R. Civ. P. 7(b)(1), and hereby moves this Court for entry of judgment against Defendant Packers Sanitation Services, Inc., Ltd., which also does business as Packers Sanitation Services, LLC in the State of Nebraska ("Defendant"). Plaintiff further requests for the Court to postpone the hearing on preliminary injunction set for December 7, 2022, as the parties have reached an agreement about the resolution of this matter.

The Court entered a Temporary Restraining Order against Defendant in this matter on November 10, 2022. ECF Doc. No. 8. This Consent Order and Judgment resolves the claims raised in the Complaint to grant a permanent injunction against Defendant. The Department of Labor's investigation into Defendant's compliance with the child labor provisions of the Fair Labor Standards Act of 1938 as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"), is ongoing and the results of said investigation may result in the issuance of civil money penalties for child labor violations found. The assessment and resolution of any civil

money penalties and any related litigation that may arise from the assessment of civil money penalties is not resolved through this case or the Consent Order and Judgment, and will be handled through a separate administrative process with the Department of Labor's Office of Administrative Law Judges.

In support of this Motion, Plaintiff states that Defendant has consented to the entry of this judgment. A copy of the proposed Consent Order and Judgment, with Defendant's signatures indicating their consent, will be sent to the Court by email to the Judge's email address.

Further in support of this Motion, Plaintiff states that Defendant consents to postponing the hearing on preliminary injunction. To the extent the Court enters the Consent Order and Judgment, the hearing will be moot as the case will be resolved.

WHEREFORE, as Defendant has consented to the entry of judgment against it, Plaintiff respectfully requests that this Court enter the Consent Order and Judgment submitted by email to the Court. Plaintiff further respectfully requests the Court postpone the hearing date as the parties have reached a resolution on matters at issue in this case through the Consent Order and Judgment.

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT H. VAN WIJK**
Associate Regional Solicitor

/s/ Traci Martin
Ambriel Renn-Scanlan
Traci Martin
Laura O'Reilly
U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, Missouri 64108
(816) 285-7260
renn-scanlan.ambriel@dol.gov
martin.traci.e@dol.gov
oreilly.laura.m@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,
Secretary of Labor, U.S. Department of Labor*

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Randall Coffey
Fisher & Phillips LLP
4922 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
rcoffey@fisherphillips.com

Patrick M. Dalin
Fisher & Phillips LLP
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
pdalin@fisherphillips.com

Gillian G. O'Hara
1650 Farnam Street, The Omaha Building
Omaha, NE 68102
Gillian.ohara@kutakrock.com
*Attorneys for Defendant*

/s/ Traci Martin